FILED
JUN 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ernest Simpson, #18567-037
196 Kent Drive
Ruther Glen, Virginia 22546
(804) 448-8503

CASE NUMBER 06 1090

Plaintiff,

-against-

**MOTION REQUESTING ATERNATIVE PAYMENTS IF FORMA PAUPERIS IS DENIED**

Federal Bureau of Prisons,
Office of General Counsel
320 First Street, NW
Washington, DC 20534

Harrell Watts,
Federal Bureau of Prisons
Central Office
320 First Street, NW
Washington, DC 20534

K. Bittenbender,
Allenwood Medimum FCI
P.O. Box 2500
White Deer, Pennsylvania 17887

D. Scott Dodrill,
Northeast Regional Director
Federal Bureau of Prisons
Northeast Regional Office
2nd and Chestnut Streets, 7th Floor
Philadelphia, Pennsylvania 19106

Margie Cook,
Allenwood Medimum FCI
P. O. Box 2500
White Deer, Pennsylvania 17887

Sued in their individual and
Official capacity

Defendants

RECEIVED
JUN - 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3

Pursuant to 28 U.S.C. Section 1915, Plaintiff applied for permission to proceed in forma pauperis (IFP). This motion is filed requesting an alternative should this Court deny Plaintiff permission to proceed in forma pauperis.

1. Plaintiff can not afford to pay the $350.00 filing fee and other litigation expenses.

2. Plaintiff receive approximate $1793.00 per month in Social Security Benefits.

3. Plaintiff have no other source of income and do not own cash, bank accounts other then direct deposit of Social Security check, real estate, stocks, bonds, notes, or other valuable property.

4. Plaintiff <u>sometimes</u> have $300.00 to $500.00 emergency funds left after paying his monthly housing, food, medical, phone, and transportation bills.

5. Should the Court deny Plaintiff permission to proceed in forma pauperis, Plaintiff request that the Court grant him permission to pay a partial filing fee or full filing fee of $50.00 in monthly installments.

Respectfully submitted,
June 1, 2006

*Ernest Simpson*
Ernest Simpson
196 Kent Drive
Ruther Glen, Virginia 22546
(804) 448-8503