## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**ERNEST SIMPSON,**
196 Kent Drive
Ruther Glen, VA 22546
                                    **Plaintiff,**

                                                Civil Action No. <u>06 1090</u> UNA

            **v.**

**FEDERAL BUREAU OF PRISONS,**
**et. al.,**

                        **Defendant.**

_____

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN
## FORMA PAUPERIS

The Court has provisionally authorized the Clerk to file this Action. Before the Court will

consider the Application to Proceed in Forma Pauperis and the Complaint, the Court

Ordered Plaintiff to provide a certified copy of his prison trust account statement (or

institutional equivalent). I believe that I am entitled to redress.

I declare that the responses which I have made below is true.

    1.   I am the Plaintiff in the above entitled Action.

    2.   I can not comply with the Court's Order to provide the Court with a certified

copy of my prison trust fund account statement (or institutional equivalent) because I am

no longer incarcerated in the Federal Bureau of Prisons.

    3.   I am not trying to avoid paying the required $350.00 filing fee.

4.   I was merely requesting the Court to grant me permission to proceed in forma pauperis or allow me to the full filing fee in three installments.

5.   I am not employed.

6.   My only source of income is Social Security Benefits.

7.   I have received $1793.00 per month since April or May 2005.

8.   The amount of money in a checking account today is approximately $150.00.

9.   The Social Security check is directly deposited in the checking account every fourth Wednesday of the month.

10.   I recently purchased a used car for $3700.00. My payment is $200.00 per month.

11.   An automobile is necessary. The nearest public transportation is 30 miles away.

12.   I own no real estate, stocks, bonds, notes or other valuable property.

13.   I am my only dependent.

14.   My monthly expenses average $1300.00-$1500.00.

15.   Monthly deductibles from the $1793.00 Social Security Benefits are:

| | |
|---|---|
| Medicare Plan A or B | $88.00 |
| Medicare Supplemental Plan | $110.00 |
| Rent | $400.00 |
| Food | $150.00-$200.00 |
| Phone | $50.00 |
| Automobile Payments | $200.00 |
| Auto Insurance | $60.00 |
| Dental ($2400.00) | $250.00 |
| Credit Cards | $100.00-200.00 |
| Operation to the left ear is pending | |
| Miscellaneous (Tithes) | $200.00-$400.00 |

I declare under penalty of perjury that the foregoing is true and correct. Signed this 4th day of July, 2006

Ernest Simpson
196 Kent Drive
Ruther Glen, Virginia 22546
(804)448-8503