UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ERNEST SIMPSON,

    Plaintiff

v.                                    Civil Action No. 06 1090-CKK

FEDERAL BUREAU OF PRISONS,
et al.,

    Defendants

---

### CHANGE OF ADDRESS

Please change the previous address 196 Kent Drive, Ruther Glen, Virginia 22546 to 5701 37th Avenue, Hyattsville, Maryland 20782. Phone: (301) 779 3180.

                                                                    Respectfully submitted,

                                                                       *Ernest Simpson*
                                                                       Ernest Simpson

### CERTIFICATE OF SERVICE

RECEIVED
SEP 1 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I HEREBY CERTIFY that on this 17th day of September 17, 2006, a copy of the foregoing Change of Address was mailed prepaid to Alan Burch, Assistant United States Attorney, 555 4th St., N.W., Washington, DC 20530.

*Ernest Simpson*
Ernest Simpson