UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ERNEST SIMPSON,

    Plaintiff

v.                        Civil Action No. 06 1090-CKK

FEDERAL BUREAU OF PRISONS,
et al.,

    Defendants

RECEIVED
SEP 1 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO CLARIFY THE RECORD

This is a Civil Rights Action filed by Ernest Simpson (hereinafter "Plaintiff"), a former federal prisoner, for damages; injunctive relief and Constitutional claims.

1. On or about November 14, 2005, Plaintiff mailed a Privacy Act Complaint.

2. On November 21, 2005, the Clerk of the Court filed the Privacy Act Complaint. Judge Robertson granted leave to file without prepayment of cost. Civil Action No. 05-2295 (CKK).

3. On November 26, 2005, Plaintiff mailed this Civil Complaint to the Clerk of the Court and mailed a curtsey copy to the General Counsel, Federal Bureau of Prisons.

4. Plaintiff never received notice from the Court that the Civil Complaint had been filed. He personally went to the court to inquire about the status of the case on three occasions. The court clerk informed Plaintiff that there was no record of any other case besides the Privacy Act Complaint.

5. The Defendant's were litigating the Complaint before the Court as a Privacy Act Complaint plus a Bivens Action.

6. During the litigation of the Privacy Act Complaint, Plaintiff clarified that it was strictly a Privacy Act Complaint before the Court and request that other claims to be considered withdrawn. Accordingly, this Court considered any other claims withdrawn and addressed Defendant's motion to dismiss only as it pertains to the Privacy Act.

7. On or about June 1, 2006 Plaintiff mailed his Civil Complaint to the Clerk of the Court for the second time.

8. On July 21, 2006, Judge Lamberth granted leave to file this Complaint without prepayment of costs and assigned the case to this Court.

9. Since it is clear from the records that this case has been filed and assigned to this Court, Plaintiff wants to move forward with this Civil Complaint.

10. Plaintiff always had the intent to go forward with this Complaint but could not do so without confirmation from the court that the Complaint had been filed and assigned to a Judge.

11. Plaintiff has been assured by the clerk of the court that once this Court decides that the case will go forward, the Court will order the summons to be served on the Defendants.

## CONCLUSION

For all of the above reasons Plaintiff pray that this Court deems that his Civil Complaint is to go forward and the record is clarified.

Respectfully submitted,

*Ernest Simpson*
Ernest Simpson, Prose
5701 37th Avenue
Hyattsville, Maryland 20782
(301) 779 3180