U.S. Department of Justice
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
D. Scott Dodrill
Northeast Regional Direcor-BOP
2nd and Chestnut Streets-7th Flocr
Philadelphia, Pa. 19106
(ndividual Capacity)

RECEIVED
AUG 22 2006
BOP REGIONAL COUNSEL

Civil Action, File Number __CA-06-1090__

Ernest Simpson

V.

Bureau of Prisons, etal

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ____ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

Date of Signature  8/16/06

Signature (USMS Official)

---

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

Bureau of Prisons, US Custom House
Philadelphia, PA 19106
Street Number and Street Name or P.O. Box No.

Philadelphia, PA 19106
City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature 9/11/06

RECEIVED
SEP 26 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copy 1 - Clerk of Court

Form USM-299
(Rev. 6/95)



**U.S. Department of Justice**

Federal Bureau of Prisons

*Northeast Regional Office*

---

*U.S. Custom House*
*2nd & Chestnut Streets - 7th Floor*
*Philadelphia, PA. 19106*

September 19, 2006

United States Department of Justice
United States Marshal Service
District of Columbia
333 Constitution Avenue, NW, Suite 1400
Washington, DC 20001-2810

      Re:  Ernest simpson v. Federal Bureau of Prisons, et al.
           <u>Civil Action No. 06-1090 (JDB)</u>

To Whom it May Concern:

Enclosed please find the Acknowledgment of Receipt of Summons and Complaint by Mail for the above-captioned case. This form was signed by Defendant D. Scott Dodrill on September 11, 2006.

If you have any questions or concerns, please contact me at 215-521-7378.

Sincerely,

Joyce Horikawa
Senior Attorney Advisor

Enclosure

cc:  Joyce Zoldak, Associate General Counsel,
      Federal Bureau of Prisons

**RECEIVED**

SEP 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT