**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ERNEST SIMPSON,** )<br><br>**Plaintiff,** )<br><br>**v.** )<br><br>**FEDERAL BUREAU OF PRISONS,** *et al.*, )<br><br>**Defendants.** ) | **Civil Action No.: 06-1090 (CKK)** |

**DEFENDANTS' MOTION TO ENLARGE TIME**
**TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Federal Defendants, Harrell Watts, D. Scott Dodrill, K. Bittenbender, and Margie Cook,

respectfully move for an enlargement of time for all defendants to file an answer or otherwise

respond to the complaint in this case pursuant to Rule 6(b)(1) of the Federal Rules of Civil

Procedure[1]. Defendants' response is currently due October 16, 2006. Defendants request an

enlargement of time until November 16, 2006, to file an answer or otherwise respond to the

complaint.

Plaintiff, a *pro se* former prisoner, bring this <u>Bivens</u> action against numerous federal

employees of the Federal Bureau of Prisons. Plaintiff has sued each of the federal defendants in their

official and individual capacity. Plaintiff has not completed proper service of all of the federal

defendants at this time.

Because it is a <u>Bivens</u> action, the individual federal defendants sued in their personal

capacities, have the opportunity to request legal representation by the Department of Justice ("DOJ"),

---

[1] In making this motion for an extension of time, the defendants Harrell Watts, D. Scott Dodrill, K. Bittenbender, and Margie Cook do not waive any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

pursuant to 28 C.F.R. § 50.15.  The decision whether to grant such representation is made by the

Torts Branch of DOJ headquarters and, if the request is approved, this Office would likely be

appointed as counsel.

The process begins, however, with requests from the federal employees and their respective

agencies.  The individual defendants who have been served have started, but have not completed,

the process of requesting DOJ representation from the Torts Branch.  Accordingly, this Office cannot

yet represent the individual defendants.

Because the defenses of the individual federal defendants as individual defendants will be

quite similar, it makes sense for the Court to permit this Office to present a single response to the

complaint at one time.  Therefore, the enlargement will serve judicial economy.

Counsel for defendants contacted plaintiff and he consents to this motion.

Respectfully submitted,

 /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

 /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

 /s/
JOHN HENAULT, D.C. BAR # 472590
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-1249

**Certificate of Service**

I certify I caused copies of the foregoing Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Ernest Simpson
Reg. No. 18567-037
5701 37th Avenue
Hyattsville, MD 20782

on this 4th day of September, 2006.

          /s/
          JOHN HENAULT, D.C. BAR # 472590
          Assistant United States Attorney
