UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERNEST SIMPSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS, *et al.*, )<br>Defendants. )<br>) | Civil Action No.: 06-1090 (CKK) |

## ORDER

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this \_\_\_\_ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendants shall file an answer or dispositive motion on or before November 16, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

John Henault
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530

Ernest Simpson
Reg. No. 18567-037
5701 37th Avenue
Hyattsville, MD 20782