UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ERNEST SIMPSON,              )
                             )
        Plaintiff,           )
                             )
    v.                       )   Civil Action No. 06-1090 (CKK)
                             )
FEDERAL BUREAU OF PRISONS, *et al.*,  )
                             )
        Defendants.          )
_____)

### ORDER

It is hereby

ORDERED that plaintiff's motion to clarify the record [Dkt. #16] is granted. Plaintiff's prior case, Civ. No. 05-2295, proceeds under the Privacy Act, *see* 5 U.S.C. § 552a. This case, Civ. No. 06-1090, proceeds as a civil rights action under 42 U.S.C. § 1983 and *Bivens v. Six Unknown Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971). Pursuant to the Court's October 5, 2006 Order, defendants' answer or other response to the complaint is due on November 16, 2006.

SO ORDERED.

_____
COLLEEN KOLLAR KOTELLY
United States District Judge

Date: Nov. 2, 2006