UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERNEST SIMPSON, | ) |
| Plaintiff, | ) Civil Action No.: 06-1090 (CKK) |
| v. | ) |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) |
| Defendants. | ) |

### DEFENDANTS' MOTION TO ENLARGE TIME
### TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Federal Defendants, Harrell Watts, D. Scott Dodrill, K. Bittenbender, and Margie Cook, respectfully move for an enlargement of time for all defendants to file an answer or otherwise respond to the complaint in this case pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure[1]. Defendants' response is currently due November 16, 2006. Defendants request an enlargement of time until December 31, 2006, to file an answer or otherwise respond to the complaint.

Plaintiff, a *pro se* former prisoner, bring this Bivens action against numerous federal employees of the Federal Bureau of Prisons. Plaintiff has sued each of the federal defendants in their official and individual capacity. Plaintiff has not completed proper service of all of the federal defendants at this time.

Because it is a Bivens action, the individual federal defendants sued in their personal capacities, have the opportunity to request legal representation by the Department of Justice ("DOJ"),

---

[1] In making this motion for an extension of time, the defendants Harrell Watts, D. Scott Dodrill, K. Bittenbender, and Margie Cook do not waive any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

pursuant to 28 C.F.R. § 50.15. The decision whether to grant such representation is made by the Torts Branch of DOJ headquarters and, if the request is approved, this Office would likely be appointed as counsel.

The process begins, however, with requests from the federal employees and their respective agencies. The individual defendants who have been served have started, but have not completed, the process of requesting DOJ representation from the Torts Branch. Defendant Bittenbender is still awaiting representation authority at this time. Additionally, defendant Cook has been unreachable and out of the office on a medical emergency. Defendant Cook is expected to returned to work in December. Accordingly, this Office cannot yet represent the individual defendants.

Because the defenses of the individual federal defendants as individual defendants will be quite similar, it makes sense for the Court to permit this Office to present a single response to the complaint at one time. Therefore, the enlargement will serve judicial economy.

Counsel for defendants contacted plaintiff and he objects to this motion.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
JOHN HENAULT, D.C. BAR # 472590
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-1249

**Certificate of Service**

I certify I caused copies of the foregoing Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Ernest Simpson
Reg. No. 18567-037
5701 37th Avenue
Hyattsville, MD 20782


on this 7th day of November, 2006.

                                                  /s/
                                    JOHN HENAULT, D.C. BAR # 472590
                                    Assistant United States Attorney