**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **ERNEST SIMPSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.: 06-1090 (CKK)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **FEDERAL BUREAU OF PRISONS,** *et al.*, | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time, support

thereof, the grounds stated therefor and the entire record in this matter, it is by the Court

this _____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendants shall file an answer or dispositive motion on or

before December 31, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

John Henault
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530

Ernest Simpson
Reg. No. 18567-037
5701 37th Avenue
Hyattsville, MD 20782