UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERNEST SIMPSON, ) | |
| ) | |
| Plaintiff, ) | No. 06-1090 (CKK) |
| ) | |
| v. ) | |
| ) | |
| FEDERAL BUREAU OF PRISONS, *et al.*, ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER

This matter comes before the Court on defendants' motion to dismiss. After considering all applicable pleadings, applicable law, and the record herein, it is this ____ day of _____, 2007, hereby

ORDERED that defendants' motion is GRANTED. This case is hereby DISMISSED.

_____
Colleen Kollar-Kotelly
United States District Judge