# ATTACHMENT I

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ERNEST SIMPSON,                         )
      Plaintiff,                    )
                                        )
                                        )        Civ. Action No. 06-01090 (CKK)
      v.                             )
                                        )
FEDERAL BUREAU OF PRISONS, et. al.      )
      Defendants.                   )
                                        )
                                        )

---

## DECLARATION OF ANN H. ZGRODNIK

I, Ann H. Zgrodnik, hereby make the following declaration:

1.      I am employed as a Senior Attorney for the United States Department of Justice, Federal Bureau of Prisons, at the Office of General Counsel, Central Office, in Washington, D.C. I have been employed in this capacity since approximately September 4, 2006, and with the Bureau of Prisons since February 10, 2002 .

2.      As part of my employment, I have access to many records and documents maintained in the ordinary course of business in the Federal Bureau of Prisons, Central Office. This includes records maintained on the Bureau of Prisons computerized data base called "SENTRY" which maintains a record of all of the administrative remedies filed by an inmate, the dates thereof, and dispositions. These records reflect every administrative remedy claim filed by an inmate in the Bureau of Prisons, while housed in any federal institution of the Bureau of Prisons.

3.      Attachment 1 is a true and accurate copy of the Bureau of Prisons SENTRY computer records containing Public Information regarding the plaintiff, Ernest Simpson, Reg. No. 18567-037.

4.      On September 15, 2006, I searched the SENTRY computer system in the Central Office of the Bureau of Prisons for all of the administrative remedies filed, to date, by plaintiff Ernest Simpson, Reg. No. 18567-037.

5.      The SENTRY search revealed that plaintiff filed Regional Administrative Remedy Appeals 320229-R1, R2, and R3 between December 19, 2003 and January 20, 2004 with the Northeast Regional Office, challenging the November 20, 2003 decision of the Disciplinary Hearing Officer (DHO) at FCI Allenwood. See Attachment 2: Administrative Remedy Generalized Retrieval screen for Ernest Simpson, Reg. No. 18567-037. The first two

Regional Administrative Remedy Appeals (R1 and R2) were rejected for procedural defects. <u>See</u> Attachment 2 at pp. 15-16. On or about January 20, 2004, plaintiff filed Regional Administrative Remedy Appeal Number 320229-R3 with the Northeast Regional Office challenging the November 20, 2003 decision of the DHO at FCI Allenwood. <u>See</u> Attachment 3: Regional Administrative Remedy Appeal, Case Number 320229-R3, and Response. In a response dated February 19, 2004, plaintiff was informed that he will be advised of further proceedings as a review of the record revealed there were some questions concerning the specific evidence relied upon to find he committed the prohibited act. <u>Id</u>. Plaintiff was informed that he may appeal to the Regional Office if he is dissatisfied with the result of the further proceedings. <u>Id</u>.

6.      On or about March 25, 2004, plaintiff filed a Regional Administrative Remedy Appeal to the Northeast Regional Director challenging the DHO rehearing that was held on March 4, 2004. <u>See</u> Attachment 4: Regional Administrative Remedy Appeal, Case Number 329151-R1, and Response. In a response dated April 23, 2004, the Regional Director informed plaintiff that the DHO had granted him another rehearing. <u>Id</u>. On or about May 10, 2004, plaintiff submitted a Central Office Administrative Remedy Appeal challenging the Regional Director's response. <u>See</u> Attachment 5: Central Office Administrative Remedy Appeal, Case Number 329151-A1, and Response. In a response dated May 19, 2004, plaintiff was informed that he was given a rehearing from the Regional Director and he must reinstate his appeal to the Regional Director if dissatisfied with the outcome of the rehearing. <u>Id</u>.

7.      Records indicate that plaintiff did not resubmit another administrative remedy appeal after receiving a copy of the amended DHO Rehearing Report on January 11, 2005. <u>See</u> Attachment 2. In fact, plaintiff failed to file any further administrative remedy requests. <u>Id</u>. Since Plaintiff failed to reinstate his appeal after receiving a copy of the DHO Rehearing Report, he has failed to exhaust his administrative remedies.

I declare the foregoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this *19th* day of December, 2006.

Ann H. Zgrodnik
Senior Attorney
Office of General Counsel
Federal Bureau of Prisons

# ATTACHMENT 1

```
BOP7T          *        PUBLIC INFORMATION        *     09-20-2006
PAGE 001       *          INMATE DATA             *     14:30:48
                        AS OF 09-20-2006

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD
COMP NO: 040       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: ALM / MANDATORY RELEASE
                   PHONE..: 570-547-7950   FAX: 570-547-7751
                                           RACE/SEX...: BLACK / MALE
FBI NUMBER.: 674779C                       DOB/AGE....: 07-25-1941 / 65
ACTUAL RELEASE METH.: MAND REL
ACTUAL RELEASE DATE.: 03-07-2005
-------------------------- ADMIT/RELEASE HISTORY --------------------------
FCL   ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
ALM   MAND REL   MANDATORY RELEASE            03-07-2005 0900 CURRENT
ALM   A-DES      DESIGNATED, AT ASSIGNED FACIL 06-25-2003 1433 03-07-2005 0900
ALM   LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 06-25-2003 1233 06-25-2003 1433
ALM   A-DES      DESIGNATED, AT ASSIGNED FACIL 02-27-2002 1446 06-25-2003 1233
ALM   LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 02-27-2002 1150 02-27-2002 1446
ALM   A-DES      DESIGNATED, AT ASSIGNED FACIL 01-30-2002 1452 02-27-2002 1150
ALM   LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 01-30-2002 1153 01-30-2002 1452
ALM   A-DES      DESIGNATED, AT ASSIGNED FACIL 12-10-2001 1540 01-30-2002 1153

G0002       MORE PAGES TO FOLLOW . . .
```

```
BOP7T          *       PUBLIC INFORMATION      *      09-20-2006
PAGE 002        *          INMATE DATA          *      14:30:48
                           AS OF 09-20-2006

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD
COMP NO: 040       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: ALM / MANDATORY RELEASE
                   PHONE..: 570-547-7950   FAX: 570-547-7751
ALM   LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 12-10-2001 0737 12-10-2001 1540
ALM   A-DES      DESIGNATED, AT ASSIGNED FACIL 04-06-2000 1812 12-10-2001 0737
B01   RELEASE    RELEASED FROM IN-TRANSIT FACL 04-06-2000 1812 04-06-2000 1812
B01   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-06-2000 1252 04-06-2000 1812
LEW   HLD REMOVE HOLDOVER REMOVED               04-06-2000 1252 04-06-2000 1252
LEW   A-HLD      HOLDOVER, TEMPORARILY HOUSED   04-03-2000 2011 04-06-2000 1252
A01   RELEASE    RELEASED FROM IN-TRANSIT FACL 04-03-2000 2011 04-03-2000 2011
A01   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-03-2000 0900 04-03-2000 2011
OKL   HLD REMOVE HOLDOVER REMOVED               04-03-2000 0800 04-03-2000 0800
OKL   A-USPC HRG ADMIT-USPC VIOLATION HEARING   02-14-2000 1700 04-03-2000 0800
4-N   RELEASE    RELEASED FROM IN-TRANSIT FACL 02-14-2000 1800 02-14-2000 1800
4-N   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 02-03-2000 1441 02-14-2000 1800
SCR   ADMIN REL  ADMINISTRATIVE RELEASE         02-03-2000 1341 02-03-2000 1341


G0002      MORE PAGES TO FOLLOW . . .
```

```
     BOP7T         *        PUBLIC INFORMATION        *     09-20-2006
     PAGE 003       *           INMATE DATA           *     14:30:48
                              AS OF 03-07-2005

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD
COMP NO: 040        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: ALM / MANDATORY RELEASE
                    PHONE..: 570-547-7950   FAX: 570-547-7751
PRE-RELEASE PREPARATION DATE: 09-07-2004

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  03-07-2005 VIA MAND REL

  ----------------------PRIOR JUDGMENT/WARRANT NO: 060 ----------------------

COURT OF JURISDICTION..........: MARYLAND
DOCKET NUMBER..................: M81-397;508;F335-82
JUDGE..........................: MILLER
DATE SENTENCED/PROBATION IMPOSED: 12-22-1981
DATE WARRANT ISSUED............: 12-08-1998
DATE WARRANT EXECUTED..........: 12-15-1999
DATE COMMITTED.................: 04-06-2000

  G0002     MORE PAGES TO FOLLOW . . .
```

```
BOP7T          *        PUBLIC INFORMATION        *     09-20-2006
PAGE 004       *          INMATE DATA             *     14:30:48
                        AS OF 03-07-2005

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD
COMP NO: 040       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: ALM / MANDATORY RELEASE
                   PHONE..: 570-547-7950   FAX: 570-547-7751
HOW COMMITTED..................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED..............: NO
SPECIAL PAROLE TERM............:


RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT: $00.00

-------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  251
OFF/CHG: 18-2314&2 INTERSTATE TRANSPORTATION OF FORGED SECURITIES;
         AIDING AND ABETTING(CT 4 M81-00397); 18-371 CONSPIRACY (CT 1);
         18-2314&2 INTERSTATE TRANSPORTATION OF FALSELY MADE, FORDGED,
         ALTERED,&COUNTERFEITED SECURITIES, A&A (CT 8 M-81-00508); &


G0002      MORE PAGES TO FOLLOW . . .
```

```
BOP7T           *        PUBLIC INFORMATION        *    09-20-2006
PAGE 005        *           INMATE DATA            *    14:30:48
                          AS OF 03-07-2005

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD
COMP NO: 040         ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: ALM / MANDATORY RELEASE
                   PHONE..: 570-547-7950   FAX: 570-547-7751
           DC CODE CONSPIRACY & FORGERY (DCSC F-335-82 A&T)

  SENTENCE PROCEDURE.............: 4205(A) REG ADULT-ORIG TERM GRTR THAN 1YR
  SENTENCE IMPOSED/TIME TO SERVE.: 3459 DAYS
  NEW SENTENCE IMPOSED...........: 3205 DAYS
  BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
  DATE OF OFFENSE................: 08-31-1981

  ------------------------PRIOR COMPUTATION NO: 040 ------------------------

COMPUTATION 040 WAS LAST UPDATED ON 03-04-2005 AT ALM AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 040:   060 010

G0002      MORE PAGES TO FOLLOW . . .
```

```
BOP7T            *        PUBLIC INFORMATION        *     09-20-2006
PAGE 006         *           INMATE DATA            *     14:30:48
                            AS OF 03-07-2005

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD
COMP NO: 040       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: ALM / MANDATORY RELEASE
                   PHONE..: 570-547-7950   FAX: 570-547-7751

DATE COMPUTATION BEGAN.........: 12-15-1999
TOTAL TERM IN EFFECT...........: 3205 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    8 YEARS     9 MONTHS     8 DAYS
EARLIEST DATE OF OFFENSE.......: 08-31-1981

TOTAL JAIL CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME.........: 0
STATUTORY GOOD TIME RATE.......: 10
TOTAL SGT POSSIBLE.............: 1052
PAROLE ELIGIBILITY.............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE.........: 11-05-2005
TWO THIRDS DATE................: 10-19-2005
180 DAY DATE...................: 03-26-2008

G0002      MORE PAGES TO FOLLOW . . .
```

```
   BOP7T          *         PUBLIC INFORMATION        *      09-20-2006
   PAGE 007       *            INMATE DATA            *      14:30:48
                             AS OF 03-07-2005

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD
COMP NO: 040       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: ALM / MANDATORY RELEASE
                   PHONE..: 570-547-7950   FAX: 570-547-7751
EXPIRATION FULL TERM DATE.......: 09-22-2008

NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: WAIVED

ACTUAL SATISFACTION DATE........: 03-07-2005
ACTUAL SATISFACTION METHOD......: MAND REL
ACTUAL SATISFACTION FACILITY....: ALM
ACTUAL SATISFACTION KEYED BY....: CJD

DAYS REMAINING..................: 1295
FINAL PUBLIC LAW DAYS...........: 0


G0002      MORE PAGES TO FOLLOW . . .
```

```
BOP7T            *        PUBLIC INFORMATION      *     09-20-2006
PAGE 008         *           INMATE DATA          *     14:30:48
                          AS OF 03-07-2005

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD
COMP NO: 040       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: ALM / MANDATORY RELEASE
                   PHONE..: 570-547-7950   FAX: 570-547-7751




G0002       MORE PAGES TO FOLLOW . . .
```

```
BOP7T          *        PUBLIC INFORMATION        *     09-20-2006
PAGE 009       *           INMATE DATA            *     14:30:48
               *         AS OF 05-27-1994

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD
COMP NO: 030      ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS      RESP OF: ALM / MANDATORY RELEASE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  05-27-1994 VIA PAROLE

----------------------PRIOR JUDGMENT/WARRANT NO: 050 ----------------------

COURT OF JURISDICTION...........: MARYLAND
DOCKET NUMBER...................: M81-397;508;F335-82
JUDGE..........................: MILLER
DATE SENTENCED/PROBATION IMPOSED: 12-22-1981
DATE WARRANT ISSUED.............: 02-14-1992
DATE WARRANT EXECUTED...........: 09-16-1993
DATE COMMITTED..................: 09-16-1993
HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED...............: NO

G0002     MORE PAGES TO FOLLOW . . .
```

```
  BOP7T          *        PUBLIC INFORMATION        *    09-20-2006
  PAGE 010       *           INMATE DATA            *    14:30:48
                         AS OF 05-27-1994

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD
COMP NO: 030       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: ALM / MANDATORY RELEASE
                   PHONE..: 570-547-7950   FAX: 570-547-7751
SPECIAL PAROLE TERM............:


RESTITUTION...: PROPERTY: NO  SERVICES: NO      AMOUNT: $00.00

------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....: 028
OFF/CHG: 18:2314 & 2 I/S OF FORGED SECURITIES-AIDING & ABETTING
         22 DCC 1401 CONSPIRACY AND FORGERY

  SENTENCE PROCEDURE............: 4205(A) REG ADULT-ORIG TERM GRTR THAN 1YR
  SENTENCE IMPOSED/TIME TO SERVE.:   14 YEARS
  NEW SENTENCE IMPOSED..........: 3459 DAYS


  G0002      MORE PAGES TO FOLLOW . . .
```

```
BOP7T          *        PUBLIC INFORMATION          *    09-20-2006
PAGE 011       *           INMATE DATA              *    14:30:48
                        AS OF 05-27-1994

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD
COMP NO: 030       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: ALM / MANDATORY RELEASE
                   PHONE..: 570-547-7950   FAX: 570-547-7751
 BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
 DATE OF OFFENSE................: N/A




    ------------------------PRIOR COMPUTATION NO: 030 ------------------------

COMPUTATION 030 WAS LAST UPDATED ON 04-19-2000 AT ALM AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 030:   050 010

  G0002      MORE PAGES TO FOLLOW . . .
```

```
BOP7T           *          PUBLIC INFORMATION          *     09-20-2006
PAGE 012        *             INMATE DATA              *     14:30:48
                            AS OF 05-27-1994

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD
COMP NO: 030       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: ALM / MANDATORY RELEASE
                   PHONE..: 570-547-7950   FAX: 570-547-7751

DATE COMPUTATION BEGAN.........: 09-16-1993
TOTAL TERM IN EFFECT...........: 3459 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    9 YEARS     5 MONTHS     19 DAYS

TOTAL JAIL CREDIT TIME..........: 0
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 10
TOTAL SGT POSSIBLE..............: 1136
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 01-25-2000
TWO THIRDS DATE.................: 01-06-2000
180 DAY DATE....................: 09-07-2002
EXPIRATION FULL TERM DATE.......: 03-06-2003

G0002      MORE PAGES TO FOLLOW . . .
```

```
BOP7T            *        PUBLIC INFORMATION          *     09-20-2006
PAGE 013         *            INMATE DATA             *     14:30:48
                           AS OF 05-27-1994

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD
COMP NO: 030       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: ALM / MANDATORY RELEASE
                   PHONE..: 570-547-7950   FAX: 570-547-7751

PAROLE EFFECTIVE................: 05-28-1994
PAROLE EFF VERIFICATION DATE....: 05-26-1994
NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: PAROLE EFFECTIVE

ACTUAL SATISFACTION DATE........: 05-27-1994
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: ALM
ACTUAL SATISFACTION KEYED BY....: CJC

DAYS REMAINING..................: 3204
FINAL PUBLIC LAW DAYS...........: 1


G0002      MORE PAGES TO FOLLOW . . .
```

```
BOP7T           *         PUBLIC INFORMATION        *      09-20-2006
PAGE 014        *           INMATE DATA             *      14:30:48
                           AS OF 05-27-1994

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD
COMP NO: 030       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: ALM / MANDATORY RELEASE
                   PHONE..: 570-547-7950   FAX: 570-547-7751




G0002      MORE PAGES TO FOLLOW . . .
```

```
BOP7T            *       PUBLIC INFORMATION        *    09-20-2006
PAGE 015         *         INMATE DATA             *    14:30:48
                            AS OF 09-16-1993

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD
COMP NO: 020       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: ALM / MANDATORY RELEASE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  09-16-1993 VIA GCT REL

----------------------PRIOR JUDGMENT/WARRANT NO: 040 ----------------------

COURT OF JURISDICTION...........: MARYLAND
DOCKET NUMBER...................: HM-91-0108
JUDGE...........................: MURRAY
DATE SENTENCED/PROBATION IMPOSED: 12-04-1991
DATE COMMITTED..................: 02-04-1992
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

              FELONY ASSESS  MISDMNR ASSESS   FINES        COSTS

G0002      MORE PAGES TO FOLLOW . . .
```

```
   BOP7T          *        PUBLIC INFORMATION         *      09-20-2006
   PAGE 016       *           INMATE DATA             *      14:30:48
                              AS OF 09-16-1993

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD
COMP NO: 020       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: ALM / MANDATORY RELEASE
                   PHONE..: 570-547-7950   FAX: 570-547-7751
NON-COMMITTED.: $100.00         $00.00         $00.00        $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT: $00.00

-----------------------PRIOR OBLIGATION NO: 010 ------------------------
OFFENSE CODE....:  156
OFF/CHG: 18 USC 1344 & 2   BANK FRAUD; AIDING & ABETTING

   SENTENCE PROCEDURE.............: 3559 SRA SENTENCE
   SENTENCE IMPOSED/TIME TO SERVE.:   34 MONTHS
   TERM OF SUPERVISION............:    5 YEARS
   CLASS OF OFFENSE...............: CLASS B FELONY
   DATE OF OFFENSE................: 03-30-1991


   G0002      MORE PAGES TO FOLLOW . . .
```

```
BOP7T           *        PUBLIC INFORMATION        *    09-20-2006
PAGE 017        *           INMATE DATA            *    14:30:48
                         AS OF 09-16-1993

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD
COMP NO: 020       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: ALM / MANDATORY RELEASE
                   PHONE..: 570-547-7950   FAX: 570-547-7751

-------------------------PRIOR COMPUTATION NO: 020 -----------------------

COMPUTATION 020 WAS LAST UPDATED ON 09-15-1993 AT PET AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:   040 010

DATE COMPUTATION BEGAN.........: 12-04-1991
TOTAL TERM IN EFFECT...........:    34 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    2 YEARS      10 MONTHS
EARLIEST DATE OF OFFENSE........: 03-30-1991

JAIL CREDIT....................:    FROM DATE     THRU DATE

G0002      MORE PAGES TO FOLLOW . . .
```

```
BOP7T          *        PUBLIC INFORMATION        *    09-20-2006
PAGE 018       *            INMATE DATA            *    14:30:48
                          AS OF 09-16-1993

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD
COMP NO: 020      ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS      RESP OF: ALM / MANDATORY RELEASE
                  PHONE..: 570-547-7950   FAX: 570-547-7751
                           03-30-1991    12-03-1991


TOTAL PRIOR CREDIT TIME.........: 249
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 133
TOTAL GCT EARNED................: 133
STATUTORY RELEASE DATE PROJECTED: 09-16-1993
SIX MONTH /10% DATE.............: 06-19-1993
EXPIRATION FULL TERM DATE.......: 01-27-1994


ACTUAL SATISFACTION DATE........: 09-16-1993
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: PET

G0002      MORE PAGES TO FOLLOW . . .
```

```
   BOP7T          *          PUBLIC INFORMATION         *     09-20-2006
   PAGE 019       *              INMATE DATA            *     14:30:48
                                AS OF 09-16-1993

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD
COMP NO: 020       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: ALM / MANDATORY RELEASE
                   PHONE..: 570-547-7950   FAX: 570-547-7751
ACTUAL SATISFACTION KEYED BY....: JMP

DAYS REMAINING..................: 133
FINAL PUBLIC LAW DAYS...........: 0




G0002      MORE PAGES TO FOLLOW . . .
```

```
BOP7T          *        PUBLIC INFORMATION      *    09-20-2006
PAGE 020       *           INMATE DATA          *    14:30:48
                         AS OF 08-29-1986

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD
COMP NO: 010      ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS      RESP OF: ALM / MANDATORY RELEASE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  08-29-1986 VIA PAROLE

------------------------PRIOR JUDGMENT/WARRANT NO: 010 ----------------------

COURT OF JURISDICTION...........: MARYLAND
DOCKET NUMBER...................: M81-00397
JUDGE..........................: MILLER
DATE SENTENCED/PROBATION IMPOSED: 12-22-1981
DATE WARRANT ISSUED............: N/A
DATE WARRANT EXECUTED..........: N/A
DATE COMMITTED.................: 03-25-1983
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO

G0002      MORE PAGES TO FOLLOW . . .
```

```
BOP7T          *       PUBLIC INFORMATION       *    09-20-2006
PAGE 021        *          INMATE DATA          *    14:30:48
                        AS OF 08-29-1986

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: ALM / MANDATORY RELEASE
                   PHONE..: 570-547-7950   FAX: 570-547-7751
SPECIAL PAROLE TERM.............:


RESTITUTION...: PROPERTY:  NO  SERVICES:  NO        AMOUNT: $00.00

------------------------PRIOR OBLIGATION NO: 010 ------------------------
OFFENSE CODE....: 251
OFF/CHG: 18-2314 & 2 INTERSTATE TRANSPORTATION OF FORGED SECURITIES; AI
         DING AND ABETTING (COUNT 4).

 SENTENCE PROCEDURE.............: 4205(A) REG ADULT-ORIG TERM GRTR THAN 1YR
 SENTENCE IMPOSED/TIME TO SERVE.:    5 YEARS


G0002     MORE PAGES TO FOLLOW . . .
```

```
  BOP7T          *        PUBLIC INFORMATION       *    09-20-2006
  PAGE 022       *            INMATE DATA          *    14:30:48
                           AS OF 08-29-1986

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: ALM / MANDATORY RELEASE
                   PHONE..: 570-547-7950   FAX: 570-547-7751



     ----------------------PRIOR JUDGMENT/WARRANT NO: 020 ----------------------

   COURT OF JURISDICTION...........: MARYLAND
   DOCKET NUMBER...................: M-81-00508
   JUDGE..........................: MILLER
   DATE SENTENCED/PROBATION IMPOSED: 12-22-1981
   DATE WARRANT ISSUED.............: N/A
   DATE WARRANT EXECUTED...........: N/A
   DATE COMMITTED..................: 03-25-1983
   HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
   PROBATION IMPOSED...............: NO

   G0002      MORE PAGES TO FOLLOW . . .
```

```
  BOP7T         *        PUBLIC INFORMATION        *      09-20-2006
 PAGE 023       *           INMATE DATA            *      14:30:48
                         AS OF 08-29-1986

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD
COMP NO: 010       ALL CURR COMPS(Y/N): Y  ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: ALM / MANDATORY RELEASE
                   PHONE..: 570-547-7950   FAX: 570-547-7751
SPECIAL PAROLE TERM............:


RESTITUTION...: PROPERTY: NO  SERVICES: NO      AMOUNT: $00.00

-----------------------PRIOR OBLIGATION NO: 010 ------------------------
OFFENSE CODE....: 251
OFF/CHG: 18-371 CONSPIRACY (CT 1) AND 18-2314 & 2 I/S TRANSPORTATION OF
         FALSELY MADE, FORGED, ALTERED & COUNTERFEITED SECS; A & A(CT8

   SENTENCE PROCEDURE............: 4205(A) REG ADULT-ORIG TERM GRTR THAN 1YR
   SENTENCE IMPOSED/TIME TO SERVE.:     6 YEARS
   RELATIONSHIP OF THIS OBLIGATION


   G0002     MORE PAGES TO FOLLOW . . .
```

```
  BOP7T         *        PUBLIC INFORMATION       *     09-20-2006
  PAGE 024      *           INMATE DATA           *     14:30:48
                         AS OF 08-29-1986

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD
COMP NO: 010      ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS      RESP OF: ALM / MANDATORY RELEASE
                  PHONE..: 570-547-7950    FAX: 570-547-7751
    TO OTHERS FOR THE OFFENDER....: CONC BY CTS & W/#1




      ------------------------PRIOR JUDGMENT/WARRANT NO: 030 ----------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: F-335-82 A & T
JUDGE..........................: MOULTRE
DATE SENTENCED/PROBATION IMPOSED: 06-08-1982
DATE WARRANT ISSUED.............: N/A
DATE WARRANT EXECUTED...........: N/A

  G0002      MORE PAGES TO FOLLOW . . .
```

```
   BOP7T          *        PUBLIC INFORMATION          *      09-20-2006
   PAGE 025       *           INMATE DATA              *      14:30:48
                           AS OF 08-29-1986

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: ALM / MANDATORY RELEASE
                   PHONE..: 570-547-7950   FAX: 570-547-7751
DATE COMMITTED..................: 03-25-1983
HOW COMMITTED...................: DC SUPERIOR COURT COMT
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:


RESTITUTION...:  PROPERTY: NO  SERVICES: NO        AMOUNT:  $00.00

-------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  613
OFF/CHG: OA) CONSPIRACY AND (T) FORGERY.

 SENTENCE PROCEDURE.............: DC CODE ADULT


G0002       MORE PAGES TO FOLLOW . . .
```

```
  BOP7T          *        PUBLIC INFORMATION        *    09-20-2006
  PAGE 026       *          INMATE DATA             *    14:30:48
                            AS OF 08-29-1986

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD
COMP NO: 010        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: ALM / MANDATORY RELEASE
                    PHONE..: 570-547-7950    FAX: 570-547-7751
 SENTENCE IMPOSED/TIME TO SERVE.:      8 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CC CTS & CONS W/1&2




     -------------------------PRIOR COMPUTATION NO: 010 -------------------------

  COMPUTATION 010 WAS LAST UPDATED ON 04-19-2000 AT ALM AUTOMATICALLY

  THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
  PRIOR COMPUTATION 010:   010 010, 020 010, 030 010

  G0002      MORE PAGES TO FOLLOW . . .
```

```
BOP7T           *        PUBLIC INFORMATION        *    09-20-2006
PAGE 027        *           INMATE DATA            *    14:30:48
                          AS OF 08-29-1986

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: ALM / MANDATORY RELEASE
                   PHONE..: 570-547-7950  FAX: 570-547-7751

DATE COMPUTATION BEGAN..........: 02-22-1982
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 50
TOTAL TERM IN EFFECT............:    14 YEARS
TOTAL TERM IN EFFECT CONVERTED..:    14 YEARS

JAIL CREDIT.....................:    FROM DATE    THRU DATE
                                     08-31-1981   08-31-1981
                                     11-23-1981   11-25-1981

TOTAL JAIL CREDIT TIME..........: 4
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 10
TOTAL SGT POSSIBLE..............: 1680

G0002      MORE PAGES TO FOLLOW . . .
```

```
BOP7T          *        PUBLIC INFORMATION        *    09-20-2006
PAGE 028       *           INMATE DATA            *    14:30:48
                         AS OF 08-29-1986

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: ALM / MANDATORY RELEASE
                   PHONE..: 570-547-7950   FAX: 570-547-7751
PAROLE ELIGIBILITY..............: 02-21-1986
STATUTORY RELEASE DATE..........: 07-13-1991
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: 08-21-1995
EXPIRATION FULL TERM DATE.......: 02-17-1996

PAROLE EFFECTIVE................: 08-29-1986
PAROLE EFF VERIFICATION DATE....: 08-28-1986
NEXT PAROLE HEARING DATE........: 02-01-1987
TYPE OF HEARING.................: PAROLE PRE-RELEASE REC REV

ACTUAL SATISFACTION DATE........: 08-29-1986
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: ALM

G0002     MORE PAGES TO FOLLOW . . .
```

```
  BOP7T          *        PUBLIC INFORMATION       *    09-20-2006
PAGE 029 OF 029 *            INMATE DATA           *    14:30:48
                          AS OF 08-29-1986

REGNO..: 18567-037 NAME: SIMPSON, ERNEST EDWARD
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: ALM / MANDATORY RELEASE
                   PHONE..: 570-547-7950   FAX: 570-547-7751
ACTUAL SATISFACTION KEYED BY....: CJC

DAYS REMAINING..................: 3459
FINAL PUBLIC LAW DAYS...........: 0




S0039      ALL CURRENT COMPS ARE SATISFIED
```

ATTACHMENT 2

```
  BOP7T          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-20-2006
PAGE 001                                                           14:34:14
      FUNCTION: LST SCOPE: REG   EQ 18567-037    OUTPUT FORMAT: FULL_____
   -------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____ DT STS: FROM _____ THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: _____ _____ ___ __ ___ _____ _____ _____ ___
EXTENDED: _ REMEDY LEVEL: _ _           RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____       ____      ____       ____      ____      ____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
      PERSON: ___       ____      ____       ____      ____      ____
        TYPE: ___       ____      ____       ____      ____      ____
EVNT FACL: EQ ____       ____      ____       ____      ____      ____
RCV FACL.: EQ ____       ____      ____       ____      ____      ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ ____       ____      ____       ____      ____      ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____


  G0002     MORE PAGES TO FOLLOW . . .
```

```
   BOP7T           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    09-20-2006
   PAGE 002           *              FULL SCREEN FORMAT           *    14:34:14

REGNO: 18567-037 NAME: SIMPSON, ERNEST
RSP OF...: ALM UNT/LOC/DST:                    QTR.:              RCV OFC: PET
REMEDY ID: 64269-F1         SUB1: 25FM SUB2:   DATE RCV:  04-05-1994
UNT RCV..: UNIT 3      QTR RCV.: CAR HALL       FACL RCV: PET
UNT ORG..: UNIT 3      QTR ORG.: CAR HALL       FACL ORG: PET
EVT FACL.: PET    ACC LEV:  PET  1                  RESP DUE: WED  04-20-1994
ABSTRACT.: FUNDS REDEPOSITED TO ACCOUNT
STATUS DT: 04-18-1994  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 04-05-1994
REMARKS..:




G0002       MORE PAGES TO FOLLOW . . .
```

```
BOP7T          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-20-2006
PAGE 003          *        FULL SCREEN FORMAT              *     14:34:14

REGNO: 18567-037 NAME: SIMPSON, ERNEST
RSP OF...: ALM UNT/LOC/DST:                  QTR.:              RCV OFC: ALM
REMEDY ID: 224293-F1       SUB1: 31ZM SUB2:  DATE RCV:  10-18-2000
UNT RCV..: UNIT 4B    QTR RCV.: D08-226L     FACL RCV: ALM
UNT ORG..: UNIT 4B    QTR ORG.: D08-226L     FACL ORG: ALM
EVT FACL.: ALM    ACC LEV:  ALM  1 NER  1 BOP  1    RESP DUE: TUE  11-07-2000
ABSTRACT.: SENTENCE COMPUTED INCORRECTLY - DC/FEDERAL TIME
STATUS DT: 10-25-2000  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 10-18-2000
REMARKS..:


G0002      MORE PAGES TO FOLLOW . . .
```

```
BOP7T          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    09-20-2006
PAGE 004         *           FULL SCREEN FORMAT            *     14:34:14

REGNO: 18567-037 NAME: SIMPSON, ERNEST
RSP OF...: ALM UNT/LOC/DST:                  QTR.:              RCV OFC: NER
REMEDY ID: 224293-R1      SUB1: 31ZM SUB2:   DATE RCV:  11-03-2000
UNT RCV..: UNIT 4B     QTR RCV.: D08-226L    FACL RCV: ALM
UNT ORG..: UNIT 4B     QTR ORG.: D08-226L    FACL ORG: ALM
EVT FACL.: ALM    ACC LEV:  ALM  1 NER  1 BOP  1    RESP DUE: SUN 12-03-2000
ABSTRACT.: SENTENCE COMPUTED INCORRECTLY - DC/FEDERAL TIME
STATUS DT: 11-30-2000  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 11-07-2000
REMARKS..:



G0002      MORE PAGES TO FOLLOW . . .
```

```
BOP7T          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-20-2006
PAGE 005        *          FULL SCREEN FORMAT            *      14:34:14

REGNO: 18567-037 NAME: SIMPSON, ERNEST
RSP OF...: ALM UNT/LOC/DST:                QTR.:            RCV OFC: BOP
REMEDY ID: 224293-A1        SUB1: 31ZM SUB2:    DATE RCV:  12-12-2000
UNT RCV..: UNIT 4B      QTR RCV.: D08-226L    FACL RCV: ALM
UNT ORG..: UNIT 4B      QTR ORG.: D08-226L    FACL ORG: ALM
EVT FACL.: ALM    ACC LEV:  ALM  1 NER  1 BOP  1    RESP DUE:  SAT 02-10-2001
ABSTRACT.: SENTENCE COMPUTED INCORRECTLY - DC/FEDERAL TIME
STATUS DT: 01-24-2001  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 12-22-2000
REMARKS..:


            CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE        DEPARTMENT  TO   DATE ASSN   TRK TYPE   DATE RETURNED
SAT 01-20-2001  ISM         LJ   12-22-2000   INV       01-23-2001
SAT 02-10-2001  ADMIN REM   HW   01-24-2001   SIG       01-24-2001


G0002      MORE PAGES TO FOLLOW . . .
```

```
   BOP7T            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-20-2006
   PAGE 006          *            FULL SCREEN FORMAT             *      14:34:14

REGNO: 18567-037 NAME: SIMPSON, ERNEST
RSP OF...: ALM UNT/LOC/DST:                    QTR.:              RCV OFC: ALM
REMEDY ID: 253637-F1        SUB1: 30AM SUB2:   DATE RCV:  11-14-2001
UNT RCV..: UNIT 4B       QTR RCV.: D08-226L    FACL RCV: ALM
UNT ORG..: UNIT 4B       QTR ORG.: D08-226L    FACL ORG: ALM
EVT FACL.: ALM    ACC LEV:  ALM  1 NER  1 BOP  1    RESP DUE: TUE 12-04-2001
ABSTRACT.: REQUEST CREDIT FOR TIME IN STATE CUSTODY
STATUS DT: 11-29-2001  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 11-14-2001
REMARKS..:



G0002       MORE PAGES TO FOLLOW . . .
```

```
BOP7T            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-20-2006
PAGE 007         *            FULL SCREEN FORMAT             *     14:34:14

REGNO: 18567-037 NAME: SIMPSON, ERNEST
RSP OF...: ALM UNT/LOC/DST:                    QTR.:              RCV OFC: NER
REMEDY ID: 253637-R1        SUB1: 30AM SUB2:   DATE RCV:  12-11-2001
UNT RCV..: UNIT 4B      QTR RCV.: D08-226L     FACL RCV: ALM
UNT ORG..: UNIT 4B      QTR ORG.: D08-226L     FACL ORG: ALM
EVT FACL.: ALM    ACC LEV:  ALM  1 NER  1 BOP  1   RESP DUE: THU 01-10-2002
ABSTRACT.: REQUEST CREDIT FOR TIME IN STATE CUSTODY
STATUS DT: 01-08-2002  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 12-14-2001
REMARKS..:



G0002      MORE PAGES TO FOLLOW . . .
```

```
BOP7T            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-20-2006
PAGE 008         *              FULL SCREEN FORMAT            *     14:34:14

REGNO: 18567-037 NAME: SIMPSON, ERNEST
RSP OF...: ALM UNT/LOC/DST:                   QTR.:              RCV OFC: BOP
REMEDY ID: 253637-A1        SUB1: 30AM SUB2:  DATE RCV:  02-25-2002
UNT RCV..: UNIT 4B      QTR RCV.: D08-226L    FACL RCV: ALM
UNT ORG..: UNIT 4B      QTR ORG.: D08-226L    FACL ORG: ALM
EVT FACL.: ALM    ACC LEV: ALM 1 NER 1 BOP 1    RESP DUE: SAT 04-06-2002
ABSTRACT.: REQUEST CREDIT FOR TIME IN STATE CUSTODY
STATUS DT: 03-12-2002  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 02-27-2002
REMARKS..:


                   CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE           DEPARTMENT   TO    DATE ASSN   TRK TYPE   DATE RETURNED
TUE 03-26-2002     ISM                02-27-2002    INV      03-11-2002
WED 03-27-2002     ADMIN REM    KKS   03-12-2002    INV      03-12-2002
SAT 04-06-2002     ADMIN REM    HW    03-12-2002    SIG      03-12-2002



G0002       MORE PAGES TO FOLLOW . . .
```

```
BOP7T              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    09-20-2006
PAGE 009           *           FULL SCREEN FORMAT              *     14:34:14

REGNO: 18567-037 NAME: SIMPSON, ERNEST
RSP OF...: ALM UNT/LOC/DST:                  QTR.:              RCV OFC: ALM
REMEDY ID: 272984-F1       SUB1: 31BM SUB2:  DATE RCV:  07-18-2002
UNT RCV..: UNIT 4B      QTR RCV.: D08-226L   FACL RCV: ALM
UNT ORG..: UNIT 4B      QTR ORG.: D08-226L   FACL ORG: ALM
EVT FACL.: ALM    ACC LEV:  ALM  1 NER  1 BOP  1   RESP DUE: WED  08-07-2002
ABSTRACT.: AGGREGATED SENTENCE START TIME
STATUS DT: 07-25-2002  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 07-18-2002
REMARKS..:


G0002      MORE PAGES TO FOLLOW . . .
```

```
   BOP7T          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-20-2006
   PAGE 010        *          FULL SCREEN FORMAT              *     14:34:14

REGNO: 18567-037 NAME: SIMPSON, ERNEST
RSP OF...: ALM UNT/LOC/DST:                  QTR.:              RCV OFC: ALM
REMEDY ID: 272986-F1        SUB1: 31AM SUB2: 31ZM DATE RCV:  07-18-2002
UNT RCV..: UNIT 4B      QTR RCV.: D08-226L     FACL RCV: ALM
UNT ORG..: UNIT 4B      QTR ORG.: D08-226L     FACL ORG: ALM
EVT FACL.: ALM    ACC LEV:  ALM  1 NER  1 BOP  1    RESP DUE: WED  08-07-2002
ABSTRACT.: CONCURRENT SENTENCE
STATUS DT: 07-25-2002  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 07-18-2002
REMARKS..:


G0002      MORE PAGES TO FOLLOW . . .
```

```
BOP7T          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-20-2006
PAGE 011        *           FULL SCREEN FORMAT            *      14:34:14

REGNO: 18567-037 NAME: SIMPSON, ERNEST
RSP OF...: ALM UNT/LOC/DST:                    QTR.:            RCV OFC: NER
REMEDY ID: 272984-R1        SUB1: 31BM SUB2:   DATE RCV:  08-15-2002
UNT RCV..: UNIT 4B      QTR RCV.: D08-226L     FACL RCV: ALM
UNT ORG..: UNIT 4B      QTR ORG.: D08-226L     FACL ORG: ALM
EVT FACL.: ALM    ACC LEV:  ALM  1 NER  1 BOP  1   RESP DUE: SAT  09-14-2002
ABSTRACT.: AGGREGATED SENTENCE START TIME
STATUS DT: 09-13-2002  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:        RCT: P EXT:   DATE ENTD: 08-16-2002
REMARKS..:


G0002      MORE PAGES TO FOLLOW . . .
```

```
   BOP7T          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    09-20-2006
   PAGE 012          *              FULL SCREEN FORMAT          *    14:34:14

REGNO: 18567-037 NAME: SIMPSON, ERNEST
RSP OF...: ALM UNT/LOC/DST:                    QTR.:            RCV OFC: NER
REMEDY ID: 272986-R1        SUB1: 31AM SUB2: 31ZM DATE RCV:  08-15-2002
UNT RCV..: UNIT 4B     QTR RCV.: D08-226L     FACL RCV: ALM
UNT ORG..: UNIT 4B     QTR ORG.: D08-226L     FACL ORG: ALM
EVT FACL.: ALM    ACC LEV:  ALM  1 NER  1 BOP  1   RESP DUE: SAT  09-14-2002
ABSTRACT.: CONCURRENT SENTENCE
STATUS DT: 09-13-2002  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 08-16-2002
REMARKS..:


G0002       MORE PAGES TO FOLLOW . . .
```

```
BOP7T          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-20-2006
PAGE 013        *           FULL SCREEN FORMAT           *       14:34:14

REGNO: 18567-037 NAME: SIMPSON, ERNEST
RSP OF...: ALM UNT/LOC/DST:                      QTR.:            RCV OFC: BOP
REMEDY ID: 272986-A1      SUB1: 30AM SUB2: 31ZM DATE RCV:  11-04-2002
UNT RCV..: UNIT 4B     QTR RCV.: D08-226L     FACL RCV: ALM
UNT ORG..: UNIT 4B     QTR ORG.: D08-226L     FACL ORG: ALM
EVT FACL.: ALM    ACC LEV: ALM 1 NER 1 BOP 1    RESP DUE: SAT 12-14-2002
ABSTRACT.: WANTS CREDIT FORM 05-28-1994 TO 03-18-1998.
STATUS DT: 11-22-2002  STATUS CODE: CLO STATUS REASON: REP
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 11-05-2002
REMARKS..: REP. OF #224293-A1, 253637-A1, 272984-A1


              CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT    TO    DATE ASSN    TRK TYPE    DATE RETURNED
THU 12-12-2002    ISM                 11-05-2002     INV       11-22-2002
FRI 12-13-2002    ADMIN REM    DEK    11-22-2002     INV       11-22-2002
SAT 12-14-2002    ADMIN REM    HW     11-22-2002     SIG       11-22-2002



G0002      MORE PAGES TO FOLLOW . . .
```

```
BOP7T           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-20-2006
PAGE 014        *              FULL SCREEN FORMAT              *      14:34:14

REGNO: 18567-037 NAME: SIMPSON, ERNEST
RSP OF...: ALM UNT/LOC/DST:                    QTR.:              RCV OFC: BOP
REMEDY ID: 272984-A1        SUB1: 31BM SUB2:   DATE RCV:  11-05-2002
UNT RCV..: UNIT 4B      QTR RCV.: D08-226L     FACL RCV: ALM
UNT ORG..: UNIT 4B      QTR ORG.: D08-226L     FACL ORG: ALM
EVT FACL.: ALM    ACC LEV: ALM  1 NER  1 BOP  1    RESP DUE:  SUN  12-15-2002
ABSTRACT.: AGGREGATED SENTENCE START TIME
STATUS DT: 11-22-2002  STATUS CODE: CLO STATUS REASON: REP
INCRPTNO.:              RCT: P EXT:   DATE ENTD: 11-06-2002
REMARKS..: REP. OF 224293-A1, 253637-A1, 272986-A1


                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE              DEPARTMENT    TO   DATE ASSN    TRK TYPE   DATE RETURNED
FRI 12-13-2002       ISM                11-06-2002     INV       11-22-2002
SAT 12-14-2002       ADMIN REM    DEK   11-22-2002     INV       11-22-2002
SUN 12-15-2002       ADMIN REM    HW    11-22-2002     SIG       11-22-2002



G0002      MORE PAGES TO FOLLOW . . .
```

```
BOP7T              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-20-2006
PAGE 015           *              FULL SCREEN FORMAT              *     14:34:14

REGNO: 18567-037 NAME: SIMPSON, ERNEST
RSP OF...: ALM UNT/LOC/DST:                     QTR.:              RCV OFC: NER
REMEDY ID: 320229-R1       SUB1: 20DM SUB2:     DATE RCV:  12-19-2003
UNT RCV..: UNIT 4B     QTR RCV.: D08-226L       FACL RCV: ALM
UNT ORG..: UNIT 4B     QTR ORG.: D08-226L       FACL ORG: ALM
EVT FACL.: ALM    ACC LEV:  NER  3                RESP DUE:
ABSTRACT.: APPEALS 11-20-03 DHO FOR 217
STATUS DT: 12-23-2003  STATUS CODE: REJ STATUS REASON: ONE CPG RSR
INCRPTNO.: 1161850   RCT:   EXT:   DATE ENTD: 12-23-2003
REMARKS..:


G0002       MORE PAGES TO FOLLOW . . .
```

```
BOP7T          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    09-20-2006
PAGE 016       *              FULL SCREEN FORMAT              *    14:34:14

REGNO: 18567-037 NAME: SIMPSON, ERNEST
RSP OF...: ALM UNT/LOC/DST:                 QTR.:              RCV OFC: NER
REMEDY ID: 320229-R2      SUB1: 20DM SUB2:  DATE RCV:  01-07-2004
UNT RCV..: UNIT 4B      QTR RCV.: D08-226L  FACL RCV: ALM
UNT ORG..: UNIT 4B      QTR ORG.: D08-226L  FACL ORG: ALM
EVT FACL.: ALM    ACC LEV:  NER  3              RESP DUE:
ABSTRACT.: APPEALS 11-20-03 DHO FOR 217
STATUS DT: 01-08-2004  STATUS CODE: REJ STATUS REASON: UTR
INCRPTNO.: 1161850   RCT:    EXT:    DATE ENTD: 01-08-2004
REMARKS..: YOU FAILED TO PROVIDE WRITTEN VERIFICATION FROM
           STAFF REGARDING YOUR UNTIMELINESS. YOUR APPEAL WAS
           DUE IN THIS OFFICE ON OR BEFORE 01-02-2004.



G0002      MORE PAGES TO FOLLOW . . .
```

```
BOP7T          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-20-2006
PAGE 017           *          FULL SCREEN FORMAT          *     14:34:14

REGNO: 18567-037 NAME: SIMPSON, ERNEST
RSP OF...: ALM UNT/LOC/DST:                QTR.:              RCV OFC: NER
REMEDY ID: 320229-R3       SUB1: 20DM SUB2:  DATE RCV:  01-20-2004
UNT RCV..: UNIT 4B      QTR RCV.: D08-226L  FACL RCV: ALM
UNT ORG..: UNIT 4B      QTR ORG.: D08-226L  FACL ORG: ALM
EVT FACL.: ALM    ACC LEV:  NER  3             RESP DUE:  THU  02-19-2004
ABSTRACT.: APPEALS 11-20-03 DHO FOR 217
STATUS DT: 02-19-2004  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 1161850   RCT: P EXT:    DATE ENTD: 01-30-2004
REMARKS..:


    G0002      MORE PAGES TO FOLLOW . . .
```

```
   BOP7T          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-20-2006
   PAGE 018          *              FULL SCREEN FORMAT         *     14:34:14

REGNO: 18567-037 NAME: SIMPSON, ERNEST
RSP OF...: ALM UNT/LOC/DST:                    QTR.:              RCV OFC: NER
REMEDY ID: 329151-R1        SUB1: 20DM SUB2:   DATE RCV:  03-25-2004
UNT RCV..: UNIT 4B      QTR RCV.: D08-226L     FACL RCV: ALM
UNT ORG..: UNIT 4B      QTR ORG.: D08-226L     FACL ORG: ALM
EVT FACL.: ALM    ACC LEV: NER  1 BOP  1              RESP DUE: SAT  04-24-2004
ABSTRACT.: APPEALS 03-04-04 DHO REHEARING, CODE 299
STATUS DT: 04-23-2004  STATUS CODE: CLG STATUS REASON: PAR
INCRPTNO.: 1161850   RCT: P EXT:   DATE ENTD: 03-29-2004
REMARKS..:


G0002       MORE PAGES TO FOLLOW . . .
```

```
BOP7T          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      09-20-2006
PAGE 019 OF 019 *              FULL SCREEN FORMAT            *      14:34:14

REGNO: 18567-037 NAME: SIMPSON, ERNEST
RSP OF...: ALM UNT/LOC/DST:                QTR.:              RCV OFC: BOP
REMEDY ID: 329151-A1        SUB1: 20DM SUB2:     DATE RCV:  05-10-2004
UNT RCV..: UNIT 4B       QTR RCV.: D08-226L    FACL RCV: ALM
UNT ORG..: UNIT 4B       QTR ORG.: D08-226L    FACL ORG: ALM
EVT FACL.: ALM     ACC LEV: NER  1 BOP  1        RESP DUE: SAT  06-19-2004
ABSTRACT.: APPEALS 03-04-04 DHO REHEARING, CODE 299
STATUS DT: 05-19-2004  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.: 1161850    RCT: P EXT:   DATE ENTD: 05-14-2004
REMARKS..: PACKET NOT ORDERED DUE TO REGION'S RESPONSE.
           A REHEARING WAS CONDUCTED.  INMATE MUST
           REINSTATE HIS APPEAL WITH REG. DIRECTOR
                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE        DEPARTMENT  TO   DATE ASSN   TRK TYPE   DATE RETURNED
FRI 06-18-2004  ADMIN REM   KKS  05-14-2004    INV       05-19-2004
SAT 06-19-2004  ADMIN REM   HW   05-19-2004    SIG       05-19-2004


          18 REMEDY SUBMISSION(S) SELECTED
G0000     TRANSACTION SUCCESSFULLY COMPLETED
```

ATTACHMENT 3

U.S. Department of Justice
Federal Bureau of Prisons

Type or use ball-point pen.  If attachments are needed, submit four copies.  One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

| From: | Simpson, Ernest | 18567-037 | 4B | FCI Allenwood |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A—REASON FOR APPEAL**  Inmate Simpson appeals the UDC and DHO findings that he received a money order from Tawana Grimes for purposes of introducing contraband or for any other illegal or prohibited purposes.  Affidavit is attached in support of this appeal.

**The conduct of the inmate Simpson's Disciplinary Hearing by UDC and DHO denied him of the due process of law.**

When prison officials subject inmates to serious punishment like puntive segregation, they must observe the sageguards of due process.  Wolff v. McDonnell, 418 U.S. 539, 556-59, 94 S.Ct. 2963 (1974); Gilbert v. Frazier, 931 F.2d 1581, 1582 (7th Cir. 1991).  UDC and DHO violated due process requirements in four respects.

    A.    **The refusal to postpone Disciplinary Hearing to allow inmate to staff select a staff representative denied due process.**

| *12-15-03* | (see attachments) | *Ernest Simpson* |
|---|---|---|
| DATE | | SIGNATURE OF REQUESTER |

**Part B—RESPONSE**



| | |
|---|---|
| DATE | REGIONAL DIRECTOR |

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: *320229-*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C—RECEIPT**                                        CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

**Disciplinary Hearing Appeal # 320229-Rl
Continuation Page**

As set forth in the accompanying affidavit of inmate Simpson, he selected Dr. Bonner to represent him before the DHO. Pursuant to BOP Rules and Regulations inmate Simpson had the right toa staff representative before the DHO. Dr. Bonner advised inmate Simpson that he was not available to represent him on November 20, 2003 because he had other committments on that date. Dr. Bonner also advised the DHO of his other committments and at the same time relayed Simpson's request to postpone the disciplinary hearing until he could select another staff representative. The DHO denied Simpson's request, thus denying him due process right to staff representation at the disciplinary hearing. <u>See</u>    Attached Affidavit at items 8-11.

**B.    The failure to provide a meaningful explanation of the findings of guilt denied due process:** Prisoners who are found guilty of disciplinary charges are entitled to a " written statement by the factfinder as to the evidence relied on and the reasons' for the disciplinary action. Several courts have held that the practice of simply adopting the reports of staff members with no further explaination denies due process. Prison officials must provide some degree of explaination for the conclusions they reach.

Here the UDC and DHO provided no explaination whatever for believing the written reports of Margie Cook, SIS Technician over the personal testimony of Simpson and Michael Ingram as set forth in the attached affidavit at items 12-28.

**C.    Simpson's conviction of receiving money from another inmate for a prohibited purpose, unsupported by any evidence denied due process:** Due process forbids officials to convict prisoners of disciplinary offenses unless there is "some evidence" to support the charges. In this case there is no evidence to support the charge of receiving money from another inmate for prohibited purpose. The only evidence at the UDC and DHO hearings was the written report of M. Cook, SIS Technician and the testimony of Simpson. There is nothing in any report or records to support the conclusion that Simpson received money for prohibited purpose. In fact on July 15, 2003 Margie Cook issued an incident report for the exact same conduct to an inmate but gave him a 328 Code violation for giving money to another inmate without authorization. <u>See</u> Institution(incident report # 1123113). Simpson assisted Michael Ingram with his parole situation as it related to the aggregation of his D.C. Code and U.S. Code sentences. This assistance is authorized by 28 CFR § 543.11 (f) (1) and (2) as set forth in the attached affidavit at items 20-28. Nor is there such evidence in Simpson's testimony; he specificially denied ever asking Ingram for anything ( money or commissary In the absence of any evidence, the conviction for receiving money from another inmate for a prohibited purpose denied due process.

**D.    Simpson's sanctions were not imposed according to the severity level of the relevant circumstances:** The inmate in Incident Report # 1123113 received 30 hours extra duty for committing the same conduct as Simpson was accused where as Simpson lost Goodtime Credits, lost of job where he has worked for 3½ years, 6 months commissary and placement in disciplinary segregation. Plus no prior incident reports. The standard of review for this appeal should be whether the DHO has followed criteria appropriate, rational, and consistent with its enabling Rules and Regulations so that its decision is not arbitrary and capricious, nor based on impermissible considerations.

**SIMPSON, Ernest Edward**
Reg. No. 18567-037
Appeal No. 320229-R3
Page One

---

### Part B - Response

You appeal the November 20, 2003, decision of the Discipline
Hearing Officer (DHO) at FCI Allenwood, finding you committed the
prohibited act of Receiving Money for a Prohibited Purpose, Code
217, Incident Report No. 1161850.   You contend there is
insufficient evidence to support the charge.   You state you were
denied a staff representative, the UDC and DHO did not provide a
meaningful explanation of their findings, and your sanctions are
not proportionate to the severity level of the offense.

A review of the record reveals there are some questions
concerning the specific evidence relied upon to find you
committed the prohibited act.   Accordingly, this disciplinary
action is being remanded for further investigation.   You will be
advised of further proceedings.   Following the result of these
further proceedings, you may appeal again to this office if you
desire.   To this extent, your appeal is granted.

Date: February 19, 2004                     D. SCOTT DODRILL
                                            Regional Director

ATTACHMENT 4

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: Simpson, Ernest     14567-047     4P     FCI Allenwood

     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A—REASON FOR APPEAL** Inmate Simpson appeals the UDC and DHO findings that he committed conduct which disrupts the orderly running of the institution, most like; Receiving Money or Another Inmate for a Prohibited Purpose. Affidavit is attached in support of this appeal.

**The conduct of Inmate Simpson's Disciplinary Hearing by the UDC and DHO denied him of due process of law.**

When prison officials subject inmates to serious punishment like punitive segregation, they must observe the safeguards of due process. **Wolff v. McDonnell**, 418 U.S. 539, 556-59, 94 S.Ct. 2963 (1974 ); **Gilbert v. Frazier**, 931 F.2d 1581, 1582 ( 7th Cir. 1991 ). The UDC and DHO violated due process requirements in four respects.

   **A.**   **The failure to provide a meaningful explaination of the findings of guilt denied due process:** Prisoners who are found guilty of disciplinary charges are entitled to a "written statement by the factfinder as to the evidence relied on and the reasons " for the disciplinary action. Several courts have held that the practice of simply adopting the report of staff members with no further explaination denies due process. Prison officials must provide some degree of explaination for the conclusions they reach.

March 16, 2004            *Ernest Simpson*

    DATE                   SIGNATURE OF REQUESTER

**Part B—RESPONSE**

 

    DATE                   REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY         CASE NUMBER: 329151-R1

**Part C—RECEIPT**               CASE NUMBER: _____

Return to: _____

    LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

    DATE           SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)
APRIL 1982

**Disciplinary Hearing Appeal**
**Incident Report No. 1161850**
**Continuation Page**

Here the UDC and DHO provided no explaination whatever for believing the written reports of Margie Cook, SIS Technician over the personal testimony of Simpson and Inmate Michael Ingram as set forth in the attached affidavit at items 1-19.

**B.    Simpson's conviction of disrupting the orderly running of the institution, most like, receiving money from another inmate for a prohibited purpose unsupported by any evidence denied due process:** Due process forbids officials to convict prisoners of disciplinary offenses unless there is " some evidence " to support the charges. In this case there is nothing in any report or records to support the conclusion that Simpson received money for prohibited purpose or that he disrupted the orderly running of the institution or committed the charges/allegations made by the DHO in his findings of fact as set forth in the attached affidavit at items 20-42.

**C.    Retaliation for Simpson's attempt to exercise first amendment right denied due process:** Prison officials may not retaliate against an inmate for exercising a constitutionally protected right of access to federal courts as set forth in the attached affidavit at items 43-50.

**D.    Simpson's sanctions were not imposed according to the severity level of the relevant circumstances:** On July 15, 2003, Margie Cook, SIS Technican issued an Incident Report for the exact same conduct to an inmate but gave him a 328 Code ( two (2) counts violation for giving money to another inmate without authorization. See Institutional ( Incident Report No. 1123113 ). This inmate received 30 hours extra duty for committing the same conduct as Simpson. Yet, Simpson lost Goodtime Credits, lost of job where he has worked for 3½ years, 6 months commissary and placement in Disciplinary Segregation. Plus Simpson had no prior Incident Reports.

**E.    The standard of review for this appeal should be whether the DHO followed criteria appropriate, rational, and consistent with its enabling Rules and Regulations so that its decision is not arbitrary and capricious, nor based on impermissible considerations:** Any findings of fact by the DHO is tainted based upon the false allegations/statements placed in Simpson's Record. Simpson requests that the Regional Director adopt his version of the facts base on the greater weight of the evidence and do not accept the findings of fact by the DHO which were anchored in credibility assessments of the DHO's factual findings.

**SIMPSON, Ernest**
Reg. No. 18567-037
Appeal No. 329151-R1
Page One

## Part B - Response

You appeal the March 4, 2004, decision of the Discipline Hearing Officer (DHO) at FCI Allenwood, finding you committed the prohibited act of Conduct Which Disrupts (receiving money for a prohibited purpose), Code 299, Incident Report No. 1161850. You contend there is insufficient evidence to support the charge. You also state the sanctions are disproportionate to the offense. You claim you were denied due process and seek to have the incident report expunged.

During the review of this disciplinary action, we determined that the DHO has ordered a rehearing of this disciplinary action. You will be advised of the time and date of the rehearing. Upon written receipt of the DHO's decision and disposition, you may appeal again to this office if you desire. To the extent that you will receive a rehearing, your appeal is partially granted.

If you are dissatisfied with this response, you may appeal to the General Counsel, Federal Bureau of Prisons. Your appeal must be received in the Administrative Remedy Section, Office of General Counsel, Federal Bureau of Prisons, 320 First Street, N.W., Washington, D.C. 20534, within 30 calendar days of the date of this response.

Date: April 23, 2004

D. SCOTT DODRILL
Regional Director

ATTACHMENT 5

**U.S. Department of Justice**

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A—REASON FOR APPEAL**

The conduct of inmate Jackson's Disciplinary Hearing by the DHO denied him of due process of law

_____

_____

_____

_____

_____                    _____
         DATE                                              SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED

MAY 10 2004

_____                    _____
         DATE                                              GENERAL COUNSEL

FIRST COPY: WASHINGTON FILE COPY              CASE NUMBER: _____

**Part C—RECEIPT**                                      CASE NUMBER: _____

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

_____                    _____
         DATE                               SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL
                                                                        BP-231(13)

Disciplinary Hearing Appeal
Case Number 329151-R1
Continuation page

2.    Simpson deny all the charges/allegations and findings by the DHO as set forth in the attached affidavit at item 42.

3.    Simpson never charged Inmate Ingram for information or for any assistance that he may have provided to him. Never! As set forth in the attached affidavit at items 13-19.

4.    Any findings of fact by the DHO is tainted based upon the false allegations/statements knowingly and intentionally made by the DHO and placed into Simpson's record as set forth in the attached affidavit at items 36-42.

5.    Twice the DHO fail to follow criteria appropriate, rational, and consistent with its enabling Rules and Regulations so that its decision is arbitrary and capricious, nor based on impermissible considerations as set forth in the attached affidavit at items 1-50.

6.    The records reveal that the DHO made five (5) different findings regarding the specific evidence relied upon to support his findings related to one Incident Report as set forth in the attached affidavit at items 36-42.

7.    The General Counsel, Regional Director, and Simpson relied on the credibility assessment of the DHO's factual findings regarding this Disciplinary Action.  The DHO has forfeited his right to rehear this Disciplinary Action for the reasons set forth in the attached Regional Appeal affidavit at items 1-50.

8.    Simpson can not regain the time spent in puntive segregation or regain the six months commissary restriction, however, Simpson requests that the General Counsel expunge the Incident Report from my record, return Good Time Credits and order that Simpson be reassigned to the Orderly Detail that he held for 3½ to 4 years.

**Administrative Remedy No. 329151-A1**
**Part B - Response**


You appeal the March 4, 2004, rehearing decision of the
Discipline Hearing Officer (DHO) in which you were found to have
committed the prohibited act of Conduct which Disrupts (receiving
money for a prohibited purpose) in violation of Code 299
(Incident Report No. 1161850).

On April 23, 2004, the Regional Director advised you that the DHO
has ordered a rehearing of this disciplinary action.  As
previously noted, upon written receipt of the DHO's decision and
disposition, you must reinstate any appeal with the Regional
Director.  Should you be dissatisfied with the Regional
Director's response, you may then appeal to this office.

This response is provided for informational purposes only.


_____                    _____
Date                                        Harrell Watts, Administrator
                                            National Inmate Appeals