UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JAN 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ERNEST SIMPSON,

    Plaintiff,

                                             Civil Action No. 06-1090 (CCK)

v.

FEDERAL BUREAU OF PRISONS, et al.,

    Defendants

## MOTION IN LIMINE

Plaintiff brought this action against the Federal Bureau of Prisons and against numerous federal employees of the Federal Bureau of Prisons. Plaintiff sued each of the federal defendants in their official and individual capacity for constitutional violations arising from disciplinary actions when he was a former prisoner at FCI Allenwood.

This case is in its first stage of litigation. The Motion In Limine arises out of defendants' Motion to Dismiss. Specifically, defendants' claim lack of subject-matter jurisdiction; improper venue; failure to state a claim; lack of personal jurisdiction; failure to state a Bivens claim; sovereign immunity defense; FTCA defense; exhaustion of administrative remedies.

Defendants have selectively introduced portions of plaintiff's Regional and National appeals choosing to submit the portions of plaintiff's appeals that may prejudice him, confuse the issues, or mislead the factfinder—in this case, the Court. Plaintiff's Regional

and National appeals are supported with affidavits and supporting exhibits. Plaintiff request that the Court compel defendants to submit the entire appeal which would include affidavits and exhibits in support of the appeal. The affidavits and exhibits would credibly support that defendants were aware of plaintiff's alleged constitutional violations, or that their failure to know or correct that violation constituted an actionable breach of duty to him under fifth and eighth amendments to the constitution.

Defendants have submitted portions of the appeal into evidence in support of their motion to dismiss. Submitting the entire appeal into evidence would support Plaintiff's response to defendants' motion related to subject-matter jurisdiction, venue, personal jurisdiction, immunity, and exhaustion of administrative remedies. The introduction of the entire appeal provide that defendants were made aware that their actions violated clearly established statutory or constitutional rights.

For the reasons stated, plaintiff ask the Court to compel defendants to introduce/admit the entire Regional and National appeals into evidence or waive any challenge to evidence that plaintiff presents related to the aforesaid issues.

Respectfully submitted,

*Ernest Simpson*
Ernest Simpson
5701 37th Avenue
Hyattsville, Maryland 20782
(410) 409 8595

## CERTIFICATE OF SERVICE

I certify that I caused copies of the foregoing Plaintiff's Motion In Limine served by first class mail upon defendants at: John Henault
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

On this 21st day of January, 2007

Ernest Simpson
Pro se