RECEIVED
JAN 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ERNEST SIMPSON,

    Plaintiff,

                           Civil Action No. 06-1090 (CKK)

    v.

FEDERAL BUREAU OF PRISONS, et al.,

    Defendants


### PLAINTIFF'S MOTION TO ENLARGE TIME TO FILE
### OPPOSITION OR RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Defendants have filed a motion to dismiss. Because a ruling on defendants' motion potentially could dispose of this case, the Court hereby advises the pro se plaintiff of his obligations under the Federal Rules of Civil Procedure and the rules of this Court. Plaintiff's response is currently due January 29, 2007. Plaintiff requests an enlargement of time until April 1, 2007, to file an answer or otherwise respond to the motion to dismiss.

Plaintiff, a pro se former prisoner is 65 years old without legal assistance or direct access to research tools/materials to assist his litigation. Plaintiff is currently using the Law Library at Catholic University. The Law Library's hours for the public conflicts with plaintiff's hours of employment and medical appointments; therefore, plaintiff needs

more time to respond to defendants' motion to dismiss. Additionally, the Law Library was closed during the holidays

Plaintiff have not contacted counsel for defendants because the defendants have requested and was granted two 30 days extensions. Plaintiff consented to the first motion nevertheless, in all fairness counsel for defendants should not object to this pro se litigant's request for an enlargement of time to respond to their motion.

Respectfully submitted,

*Ernest Simpson*
Ernest Simpson
5701 37th Avenue
Hyattsville, Maryland 20782
(410) 409-8595

## CERTIFICATE SERVICE

I certify that I caused copies of the foregoing Plaintiff's Motion to Enlarge Time to File Answer or Otherwise Respond to Motion to Dismiss served by first class mail upon

defendants at: John Henault
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

on this 21st day of January, 2007..

*Ernest Simpson*
Ernest Simpson
Pro se