UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERNEST SIMPSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS, *et al.*, )<br>Defendants. )<br>_____) | No. 06-1090 (CKK) |

**DEFENDANTS' MOTION FOR LEAVE TO FILE AN
OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE**

Defendants Federal Bureau of Prisons, Harrell Watts, Administrator of National Inmate Appeals, Central Office; D. Scott Dodrill, Northeast Regional Director; K. Bittenbender, Discipline Hearing Officer, FCI Allenwood; and Margie Cook, SIS Technician, FCI Allenwood, in only their official capacities as employees of the Federal Bureau of Prisons respectfully request that this Court grant them leave to file the attached opposition to plaintiff's motion *in limine*, which was filed with the Court on January 23, 2007. In support of this motion, defendants state the following:

On December 21, 2006, defendants filed a motion to dismiss plaintiff's claims pursuant to Federal Rules of Civil Procedure 12 (b)(1), (2), (3), (4), and (6) for lack of subject matter jurisdiction, lack of personal jurisdiction, improper venue, insufficiency of process, and failure to state a claim upon which relief may be granted. Attached to defendants' motion were various documents relating to his claim. On January 23, 2007, plaintiff filed a motion for an extension of time to file an opposition to defendants' motion. This Court granted plaintiff's motion on February 2, 2007, and ordered plaintiff to file an opposition on or before April 2, 2007.

Also on January 23, 2007, plaintiff filed a document captioned as a "Motion *in Limine*." See Docket Entry # 23.  At the time of filing, counsel for defendants did not realize that the motion had been filed and, accordingly, failed to file either an opposition or a request for an extension of time to file an opposition; defendant only noticed the email notification for the extension of time, which defendant did not oppose.  At the time counsel for defendant apparently received the electronic notification of filing, counsel for defendant was in the process of preparing a motion for summary judgment in an almost seven-year-old FTCA case, Tri-State Hospital Supply Corp. v. United States, No. 00-1463 (HHK), that undersigned counsel was assigned in late November and which had a due date of February 5, 2007.  Due to the record in that case, the writing and researching required for the motion took a substantial amount of time and effort.

In light of the foregoing, and the fact that granting defendant leave to file the attached opposition to plaintiff's motion *in limine* will not prejudice plaintiff, as his opposition to defendants' motion is not due until April, the defendants respectfully request that the Court grant defendants leave to file the attached opposition to plaintiff's motion *in limine*.

February 22, 2007                        Respectfully submitted,


　　　　　/s/　　　　　　　　　　　　　　　　
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


　　　　　/s/　　　　　　　　　　　　　　　　
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney


　　　　　/s/　　　　　　　　　　　　　　　　
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 307-1249
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

      On February 22, 2007, a true and correct copy of the foregoing was sent to plaintiff by first-class mail, postage prepaid, at

**ERNEST SIMPSON**
5701 37th Avenue
Hyattsville, MD 20782

                                                _____/s/_____
                                                John F. Henault
                                                Assistant United States Attorney