**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ERNEST SIMPSON,                              )
                                             )
                    Plaintiff,               )        No. 06-1090 (CKK)
                                             )
            v.                               )
                                             )
FEDERAL BUREAU OF PRISONS, *et al.*,         )
                    Defendants.              )
_____)

**<u>ORDER</u>**

This matter comes before the Court on defendants' motion for leave to file an opposition

to plaintiff's motion *in limine*.  After considering all applicable pleadings, applicable law, and

the record herein, it is this _____ day of _____, 2007, hereby

ORDERED that defendants' motion is GRANTED.  The opposition attached to

defendant's motion is hereby filed.

_____
Colleen Kollar-Kotelly
United States District Judge