## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERNEST SIMPSON, | ) |
| | ) |
| Plaintiff, | )   No. 06-1090 (CKK) |
| | ) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) |
| Defendants. | ) |
| | ) |

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE

Defendants Federal Bureau of Prisons, Harrell Watts, Administrator of National Inmate Appeals, Central Office; D. Scott Dodrill, Northeast Regional Director; K. Bittenbender, Discipline Hearing Officer, FCI Allenwood; and Margie Cook, SIS Technician, FCI Allenwood, in only their official capacities as employees of the Federal Bureau of Prisons respectfully file this opposition to plaintiff's January 23, 2007 motion *in limine*.

On December 21, 2006, defendants filed a motion to dismiss plaintiff's claims pursuant to Federal Rules of Civil Procedure 12 (b)(1), (2), (3), (4), and (6) for lack of subject matter jurisdiction, lack of personal jurisdiction, improper venue, insufficiency of process, and failure to state a claim upon which relief may be granted. Attached to defendants' motion were various documents relating to his claim. On January 23, 2007, plaintiff filed a motion *in limine* requesting that the Court order defendants to "introduce/admit the entire Regional and National appeal into evidence or waive any challenge to evidence that plaintiff presents related to the aforesaid issues." Pltf's Motion at 2.

Defendants oppose plaintiff's motion as irrelevant and unnecessary. Attached to defendants' motion were copies of documents that were relevant to the issues presented in the motion to dismiss. Defendants did not attach all of the documents relating to plaintiff's

administrative appeal for one simple reason – there was no need to do so. Defendants certainly concede that the record of plaintiff's administrative appeal is much larger than the documents submitted together with the motion, but many of those documents are unnecessary to consideration of the motion. To the extent that plaintiff has documents that he believes are relevant for his opposition, defendants would expect plaintiff to attach those documents to this opposition. If plaintiff does so, defendant will address the merits of those documents in their reply. To require defendants to file all documents relating to the Regional and National appeals would be to clog this Court's docket with unnecessary and irrelevant materials.

     Accordingly, defendants respectfully request that the Court deny plaintiff's motion *in limine* and require plaintiff, as would any litigant, to simply attach documents he considers relevant or necessary for his opposition to that opposition.

February 22, 2007                               Respectfully submitted,


                                                _____/s/_____
                                                JEFFREY A. TAYLOR, D.C. Bar # 498610
                                                United States Attorney


                                                _____/s/_____
                                                RUDOLPH CONTRERAS, DC BAR #434122
                                                Assistant United States Attorney


                                                _____/s/_____
                                                JOHN F. HENAULT, D.C. Bar # 472590
                                                Assistant United States Attorney
                                                555 Fourth Street, N.W. - Civil Division
                                                Washington, D.C.  20530
                                                (202) 307-1249
                                                (202) 514-8780 (facsimile)