UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERNEST SIMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-1090 (CKK) |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) | |
| Defendants. | ) | |
| _____ | ) | |

## **ORDER**

This matter comes before the Court on plaintiff's motion *in limine*. After considering all applicable pleadings, applicable law, and the record herein, it is this \_\_\_\_ day of _____, 2007, hereby

ORDERED that plaintiff's motion is DENIED.

_____
Colleen Kollar-Kotelly
United States District Judge