Copy of the envelope and receipt as Exhibit 3 and 4

Date: 11/07/2003
Time: 3:18:20 pm

**Federal Bureau of Prisons**
**TRUFACS**
**Inmate Transaction Receipt**
Limited Official Use

Facility: ALM

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 18567037 | Living Quarters: | D08-226L |
| Inmate Name: | SIMPSON, ERNEST EDWARD | Arrived From: | |
| Current Site Name: | Allenwood FCI | Transferred To: | |
| Housing Unit: | UNIT 4B | Account Creation Date: | 8/8/2001 |

### Transaction Details

| Date | Transaction Type | Fund Source Type | Sender Last Name | Ref# | Pymt# | Beginning Balance | Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| 11/07/2003 | Local Collecti | PMO/Other NO Hol | GRIMES | 2133 | | $46.18 | $200.00 | $246.18 |
| | Debt Encumb | PMO/Other NO Hol | GRIMES | 2133 | | | ($40.00) | $246.18 |

Current Account Balance : $246.18
Current Pre-Release Balance : $0.00
Current Outstanding Negotiable Instrument Balance : $0.00
Current Encumbered Balance : $45.08
Current Administrative Hold Balance : $0.00
Current Available Balance : $201.10

---

8202 Comet Dr.
Ft. Wash., M.d.
20744

4B

Mr. Ernest Simpson
Reg. No. 18567-037
FCI Allenwood
P.O. Box 2000
White Deer, P.A. 17887

Page 98