**Copy of SIS Technician charging other inmates with lesser for same conduct violation as Exhibit 6**

BP-S288.052 INCIDENT REPORT
MAY 1994
U.S. DEPARTMENT OF JUSTICE                                        FEDERAL BUREAU OF PRISONS

| 1. Name of Institution | FCI Allenwood | Incident Report Number | 1123113 |
|---|---|---|---|

**Part I - Incident Report**

| 2. Name of Inmate | 3. Register Number | 4. Date of Incident | 5. Time |
|---|---|---|---|
| [redacted] | [redacted] | 7/15/03 | 1 p.m. |

| 6. Place of Incident | 7. Assignment | 8. Unit |
|---|---|---|
| FCI Allenwood | Packing | 1-A |

| 9. Incident | Giving Money to another Inmate without Authorization | 10. Code | 328 |
|---|---|---|---|

| 11. Description of Incident | Date: 7/15/03 | Time: 1 pm | Staff became aware of Incident |
|---|---|---|---|

While monitoring financial transactions on 7/15/03, I found that [redacted], Inmate [redacted] mother sent a money order to Inmate [redacted]. Specifically, [redacted], [redacted], sent $150 to Inmate Morales. She also sent $300 to Inmate [redacted]. A check of Inmate [redacted] approved visiting list revealed that [redacted] is Inmate [redacted] mother.

| 12. Signature of Reporting Employee | Date and Time | 13. Name and Title (Printed) |
|---|---|---|
| Margie A. Cook | 7-15-03 1:45 PM | MARGIE A. COOK, SIS TECHNICIAN |

| 14. Incident Report Delivered To Above Inmate By: | 15. Date Delivered | 16. Time Delivered |
|---|---|---|
| K. Flewelling, Act. Lt | 7/15/2003 | 505 pm |

**Part II - Committee Action**

17. Comments Of The Inmate To The Unit Discipline Committee Regarding The Above Incident

Inmate stated my mother send me money and Morales also. She is his God mother.

18. A. It Is The Finding Of The Committee That You
  ✓ Committed The Following Prohibited Act.
  __ Did Not Commit A Prohibited Act

B. __ The Committee Is Referring The Charge(s) To The DHO For Further Hearing.

C. __ The Committee Advised The Inmate Of the Finding And Of The Right To File An Appeal Within 15 Calendar Days.

19. Committee Decision is Based On The Following Information.

Based on the report and documentation found you guilty.

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed the prohibited act):

Team Sanctions you to 30 hours of extra duty to be completed by July 31, 2003.

21. Date And Time Of Action  7-17-03 16:40 am

(The UDC Chairman's Signature Next To His Name Certifies Who Sat On the UDC And That The Completed Report Accurately Reflects The UDC Proceedings.)

J Simmons / Chamberlin