**Copy of staff's statements as Exhibit 8**

| 1. Name of Institution | FCI Allenwood | | Incident Report Number | 116185○ |
|---|---|---|---|---|

## Part I - Incident Report

| 2. Name of Inmate | 3. Register Number | 4. Date of Incident | 5. Time |
|---|---|---|---|
| Simpson, Ernest | 18567-037 | 11/07/2003 | 9 a.m. |

| 6. Place of Incident | 7. Assignment | 8. Unit |
|---|---|---|
| FCI Allenwood | Unit 4B Orderly | 4-B |

| 9. Incident | Receiving Money from Another Inmate for a Prohibited Purpose | 10. Code | 217 |
|---|---|---|---|

| 11. Description of Incident | Date: 11/12/03 | Time: 12 pm | Staff became aware of Incident |
|---|---|---|---|

On November 12, 2003, I monitored incoming money transactions which were received in the mail room on November 7, 2003. In doing so, I found a money order, dated October 30, 2003, for $200, which was sent to Inmate Simpson, Ernest (Reg Number 18567-037). The sender was Tawana Grimes, 8202 Comet Drive, Fort Washington, MD 20744. Tawana Grimes is an associate of Inmate Ingram, Michael (Reg No 22090-016), which can be confirmed by Ingram's money trail. Ingram has sent thousands of dollars to Tawana Grimes since November of 2002, allegedly in preparation of his upcoming wedding. Inmate Ingram received a $300 money order from Ms. Grimes on November 3, 2003, which was purchased on the same date (October 30, 2003) as Inmate Simpson's money order. It is apparent that Ms. Grimes was sending money to Inmate Simpson on Inmate Ingram's behalf. This type of money transaction is unauthorized.

| 12. Signature of Reporting Employee | Date and Time | 13. Name and Title (Printed) |
|---|---|---|
| Margie A. Cook | 11-12-03 1:55pm | Margie A. Cook, SIS Technician |

| 14. Incident Report Delivered To Above Inmate By: | 15. Date Delivered | 16. Time Delivered |
|---|---|---|
| [signature] | 11-13-03 | 8:15 am |

## Part II - Committee Action

**17. Comments Of The Inmate To The Unit Discipline Committee Regarding The Above Incident**

I did Not ask for this money, Nor did I know who sent it. Ingram does owe me any [illegible]

| 18. A. It Is The Finding Of The Committee That You: | B. | X | The Committee Is Referring The Charge(s) To The DHO For Further Hearing. |
|---|---|---|---|
| ___ Committed The Following Prohibited Act. | | | |
| ___ Did Not Commit A Prohibited Act | | | |
| | C. | ___ | The Committee Advised The Inmate Of the Finding And Of The Right To File An Appeal Within 15 Calendar Days. |

**19. Committee Decision is Based On The Following Information.**

The Body of the incident Report.

**20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed the prohibited act)**

Lose of job (as Center area orderly in Unit 4) - 60 days loss of C.H.H.

| 21. Date And Time Of Action | 11-14-03 1:30 PM | (The UDC Chairman's Signature Next To |
|---|---|---|

His Name Certifies Who Sat On the UDC And That The Completed Report Accurately Reflects The UDC Proceedings.)

[signatures]