**Copy of DHO's reason for sanction or action taken against inmate Ingram as Exhibit 9**

State of Pennsylvania

County Of Union

Incident Report No. 1161853
Appeal No. 320229-R3

## Declaration of Michael Ingram

Michael Ingram declares under penalty of perjury:

1. I am an inmate at Federal Correctional Institution Allenwood. On or about November 3, 2003, I received a $300.00 Money Order from Tawana Grimes. She also purchased and mailed inmate Ernest Simpson a money order on or about November 7, 2003.

2. As a result of the November 3, 2003 incident, I was served with disciplinary charges for sending money to another for prohibited purpose.

3. The staff statements alleged that I had send money to inmate Ernest Simpson for legal services that he provided me. Simpson and I denied the allegations at the disciplinary hearing.

4. I submit this declaration to verify that I have given Inmate Ernest Simpson copies of my records to use at his discretion to support that I came to him for advice because we have a common issue. He had already pursued this issue and was in a better position to assist me.

Pursuant to 28 U.S.C. § 1746, I declare ( or certify, verify, or state ) under penalty of perjury that the foregoing is true and correct.

Michael Ingram

Date: March 11, 2004

Upon questioning by the DHO, INGRAM admitted to the charge(s) he elaborated upon his plea by stating, he had money sent to SIMPSON since he did legal work for him.

After the consideration of evidence listed in Section V of this hearing report and documented above, the DHO has drawn the conclusion the greater weight of the evidence / some facts, listed in paragraphs two through four above as well as the inmate's admittance, support(s) the finding INGRAM, Michael, Register No. 22090-016, committed the prohibited act(s) of Sending Money to Another Inmate for a Prohibited Purpose, Code 217, on November 7, 2003, at FCI Allenwood, PA.

### VI. SANCTION OR ACTION TAKEN

Code 217 - Disciplinary Segregation - 15 Days
         Disciplinary Segregation - 15 Days suspended 180 Days pending clear conduct
         Loss of Privileges (Commissary) - 180 Days
         Loss of Privileges (Phone) - 90 Days
         Loss of Privileges (Visit) - 180 Days

*All sanctions are to be served consecutive to like sanctions previously imposed.

### VII. REASON FOR SANCTION OR ACTION TAKEN

INGRAM'S exchanging of money for contraband cannot be tolerated in a correctional institution as such behavior seriously threatens the security and orderly operation of the institution. History has shown such action has lead to physical confrontations between staff and inmates and to acts of violence between inmates. Accordingly, Disciplinary Segregation and the Loss of Privileges (Commissary) is sanctioned to punish INGRAM for his misconduct while the Loss of Privileges (Phone and Visit)and Disciplinary Segregation (15 Days), suspended for 180 days pending clear conduct is sanctioned in an effort to impress upon INGRAM, the gravity of his actions and hopefully deter him from such actions in the future.

### VIII. APPEAL RIGHTS: 
The inmate has been advised of the findings, specific evidence relied on, action and reasons for the action. The inmate has been advised of his right to appeal this action within 20 calendar days under the Administrative Remedy Procedure. A copy of this report has been given to the inmate.

|  | Yes | X | No |  |
|---|---|---|---|---|

### IX. DISCIPLINE HEARING OFFICER

| Printed Name of DHO | Signature of DHO | Date |
|---|---|---|
| K. Bittenbender |  | 11/24/03 |
| Report sent to inmate by | Signature: | Date: 11/24/03 |