**Copy of DHO report as Exhibit 10**

by stating, he knew nothing of the source as to where the money had come from.

After the consideration of evidence listed in Section V of this hearing report and documented above, the DHO has drawn the conclusion the greater weight of the evidence / some facts, listed in paragraphs two and three above, support(s) the finding SIMPSON, Ernest, Register No. 18567-037, committed the prohibited act(s) of Receiving Money from Another Inmate for a Prohibited Purpose, Code 217, on November 7, 2003, at FCI Allenwood, PA.

## VI. SANCTION OR ACTION TAKEN

Code 217 - Disciplinary Segregation - 15 Days
Disciplinary Segregation - 15 Days suspended 180 Days pending clear conduct
Forfeiture of Statutory Good Conduct Time - 27 Days
Comp 040 Law O
Loss of Privileges (Commissary) - 180 Days
Loss of Job (Unit 4B Orderly)

*All sanctions are to be served consecutive to like sanctions previously imposed.

## VII. REASON FOR SANCTION OR ACTION TAKEN

SIMPSON'S Receiving Money from Another Inmate for a Prohibited Purpose cannot be tolerated in a correctional institution as such behavior seriously threatens the security and orderly operation of the institution. History has shown such action has lead to physical confrontations between staff and inmates and to acts of violence between inmates. Accordingly, Disciplinary Segregation and the Forfeiture of Statutory Good Conduct Time is sanctioned to punish SIMPSON for his misconduct while the Loss of Privileges (Commissary), the Loss of Job (Unit 4B Orderly) and Disciplinary Segregation (15 Days), suspended for 180 days pending clear conduct is sanctioned in an effort to impress upon SIMPSON the gravity of his actions and hopefully deter him from such actions in the future.

## VIII. APPEAL RIGHTS: The inmate has been advised of the findings, specific evidence relied on, action and reasons for the action. The inmate has been advised of his right to appeal this action within 20 calendar days under the Administrative Remedy Procedure. A copy of this report has been given to the inmate.

| | Yes | X | No | |
|---|---|---|---|---|

## IX. DISCIPLINE HEARING OFFICER

| Printed Name of DHO | Signature of DHO | Date |
|---|---|---|
| K. Bittenbender | [signature] | 11/24/03 |
| Report sent to inmate by | Signature: [signature] | Date: 11/24/03 |

Page 3 of 3