**Copy of Chronological Disciplinary Record as Exhibit 11**

```
   ALMBT          *        INMATE DISCIPLINE DATA          *      01-14-2004
PAGE 001 OF 001 *    CHRONOLOGICAL DISCIPLINARY RECORD     *      10:49:10

REGISTER NO: 18567-037 NAME..: SIMPSON, ERNEST EDWARD
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO    MOS PRIOR TO 01-14-2004

--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1161850 - SANCTIONED INCIDENT DATE/TIME: 11-07-2003 0900
DHO HEARING DATE/TIME: 11-20-2003 0957
FACL/CHAIRPERSON.....: ALM/BITTENBEND
REPORT REMARKS.......: I/M WAS INVOLVED IN DOING LEGAL SERVICE/WORK FOR OTHER
                       INMATES AND CHARGING FEES FOR HIS WORK
    217  EXCHANGING MONEY FOR CONTRABND - FREQ: 1
         DS          / 15 DAYS / CS
         COMP:   LAW:   PUNISH FOR MISCONDUCT
         DS          / 15 DAYS / CS / SUSPENDED 180 DAYS
         COMP:   LAW:   SUSPENDED HALF OF D/S TIME PENDING CLEAR CONDUCT
         FF SGT      / 27 DAYS / CS
         COMP:040 LAW:0   PUNISH FOR MISCONDUCT
         LOSE JOB   / 1 YEARS / CS / SUSPENDED 180 DAYS
         COMP:   LAW:   LOSS OF JOB
                        REMOVE FROM UNIT 4B UNIT ORDERLY
         LP COMM    / 180 DAYS / CS
         COMP:   LAW:   PREVENT FUTURE MISCONDUCT
                        SANCTION EXPIRES ON 5-20-04




   G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
  ALMBT          *          INMATE DISCIPLINE DATA          *      01-14-2004
PAGE 001 OF 001 *    CHRONOLOGICAL DISCIPLINARY RECORD      *      10:49:10

REGISTER NO: 18567-037 NAME..: SIMPSON, ERNEST EDWARD
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO     MOS PRIOR TO 01-14-2004

-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1161850 - SANCTIONED INCIDENT DATE/TIME: 11-07-2003 0900
DHO HEARING DATE/TIME: 11-20-2003 0957
FACL/CHAIRPERSON.....: ALM/BITTENBEND
REPORT REMARKS.......: I/M WAS INVOLVED IN DOING LEGAL SERVICE/WORK FOR OTHER
                       INMATES AND CHARGING FEES FOR HIS WORK
    217  EXCHANGING MONEY FOR CONTRABND - FREQ: 1
         DS         / 15 DAYS / CS
         COMP:   LAW:    PUNISH FOR MISCONDUCT
         DS         / 15 DAYS / CS / SUSPENDED 180 DAYS
         COMP:   LAW:    SUSPENDED HALF OF D/S TIME PENDING CLEAR CONDUCT
         FF SGT     / 27 DAYS / CS
         COMP:040 LAW:O  PUNISH FOR MISCONDUCT
         LOSE JOB   / 1 YEARS / CS / SUSPENDED 180 DAYS
         COMP:   LAW:    LOSS OF JOB
                        REMOVE FROM UNIT 4B UNIT ORDERLY
         LP COMM    / 180 DAYS / CS
         COMP:   LAW:    PREVENT FUTURE MISCONDUCT
                        SANCTION EXPIRES ON 5-20-04
```

```
G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```