**Copy of Ingram's chronological Disciplinary Record and Simpson's financial record as exhibit 12**

State of Pennsylvania

County Of Union

Incident Report No. 1161853
Appeal No. 320229-R3

## Declaration of Michael Ingram

Michael Ingram declares under penalty of perjury:

1.     I am an inmate at Federal Correctional Institution Allenwood.  On or about November 3, 2003, I received a $300.00 Money Order from Tawana Grimes. She also purchased and mailed inmate Ernest Simpson a money order on or about November 7, 2003.

2.     As a result of the November 3,2003 incident, I was served with disciplinary charges for sending money to another for prohibited purpose.

3.     The staff statements alleged that I had send money to inmate Ernest Simpson for legal services that he provided me. Simpson and I denied the allegations at the disciplinary hearing.

4.     I submit this declaration to verify that I have given Inmate Ernest Simpson copies of my records to use at his discretion to support that I came to him for advice because we have a common issue. . He had already pursued this issue and was in a better position to assist me.

Pursuant to 28 U.S.C. § 1746, I declare ( or certify, verify, or state ) under penalty of perjury that the foregoing is true and correct.

_Michael K. Ingram_
Michael Ingram

Date: March 11, 2004

```
 ALMBT         *            INMATE DISCIPLINE DATA          *    01-09-2004
PAGE 001 OF 001 *    CHRONOLOGICAL DISCIPLINARY RECORD       *    15:37:34

REGISTER NO: 22090-016 NAME..: INGRAM, MICHAEL K
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO    MOS PRIOR TO 01-09-2004

-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1161853 - SANCTIONED INCIDENT DATE/TIME: 11-07-2003 0900
DHO HEARING DATE/TIME: 11-20-2003 0944
FACL/CHAIRPERSON.....: ALM/BITTENBEND
REPORT REMARKS.......: I/M INVOLVED IN SENDING THOUSANDS OF DOLLARS OUTSIDE
                       AND FILTERING IN THROUGH ANOTHER I/M (SIMPSON #18567-037
   217  EXCHANGING MONEY FOR CONTRABND - FREQ: 1
         DS          / 15 DAYS / CS
         COMP:   LAW:    PUNISH FOR MISCONDUCT
         DS          / 15 DAYS / CS / SUSPENDED 180 DAYS
         COMP:   LAW:    SANCTIONED HALF OF 30 DAYS D/S AND PLACED
                         REMAINING HALF ON SHELF PENDING CLEAR CONDUCT
         LP COMM     / 180 DAYS / CS
         COMP:   LAW:    PUNISH FOR MISCONDUCT
         LP PHONE    / 90 DAYS / CS
         COMP:   LAW:    PREVENT FUTURE MISCONDUCT
                         SANCTION EXPIRES ON 2-20-04
         LP VISIT    / 180 DAYS / CS / SUSPENDED 180 DAYS
         COMP:   LAW:    PREVENT FUTURE MISCONDUCT
                         SANCTION EXPIRES ON 5/20/04



   G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

ACCOUNT
STATEMENT
DATE 01/14/03
PAGE No. 01

Account # 18567037

SIMPSON, ERNEST E.
4B

| ---BEGINNING--- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUN BALANC |
|---|---|---|---|---|---|
| | 17.21 | .00 | .00 | .00 | 17.2 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| 000103 | 17:20 | 10-04-01 | SALE / REGULAR | 16.60- | .6 |
| SEP01P | 9:19 | 10-09-01 | PERFORMANCE PAY | 24.20 | 24.8 |
| 000142 | 17:53 | 10-11-01 | SALE / REGULAR | 22.10- | 2.7 |
| T01054 | 11:33 | 10-17-01 | MONEY ORDER | 80.00 | 82.7 |
| 000041 | 10:45 | 10-18-01 | SALE / REGULAR | 58.40- | 24.3 |
| 319AB1 | 18:04 | 10-23-01 | DEPOSIT ITS FUNDS | 10.00- | 14.3 |
| 000023 | 11:34 | 11-01-01 | SALE / REGULAR | 13.95- | .38 |
| OCT01P | 10:26 | 11-09-01 | PERFORMANCE PAY | 20.60 | 20.90 |
| 000038 | 11:41 | 11-15-01 | SALE / REGULAR | 17.90- | 3.06 |
| 000039 | 11:44 | 11-15-01 | SALE / REGULAR | 1.90- | 1.1 |
| NOV01P | 7:07 | 12-05-01 | PERFORMANCE PAY | 20.40 | 21.56 |
| 353657 | 20:09 | 12-10-01 | DEPOSIT ITS FUNDS | 5.00- | 16.56 |
| T04680 | 10:53 | 12-18-01 | MONEY ORDER | 100.00 | 116.56 |
| 35BE95 | 17:43 | 12-18-01 | DEPOSIT ITS FUNDS | 20.00- | 96.5 |
| 000026 | 11:36 | 12-20-01 | SALE / REGULAR | 70.70- | 25. |
| 000027 | 11:25 | 01-02-02 | SALE / REGULAR | 24.85- | 1. 4 |
| DEC02P | 10:23 | 01-09-02 | PERFORMANCE PAY | 19.40 | 20 41 |
| 000018 | 10:57 | 01-22-02 | SALE / REGULAR | 17.30- | . 1 |
| 000017 | 11:00 | 01-28-02 | SALE / REGULAR | 2.25- | .86 |
| JAN02P | 8:15 | 02-06-02 | PERFORMANCE PAY | 20.39 | 21 0 |
| 000010 | 10:53 | 02-11-02 | SALE / REGULAR | 28.95- | .11 |
| FEB02P | 10:35 | 03-07-02 | PERFORMANCE PAY | 28.20 | 28.31 |
| 3B31BC | 17:52 | 03-07-02 | DEPOSIT ITS FUNDS | 5.00- | 23.31 |
| 000002 | 10:28 | 03-11-02 | SALE / REGULAR | 22.45- | .86 |
| MAR02P | 8:33 | 04-05-02 | PERFORMANCE PAY | 24.20 | 25.06 |
| 000001 | 9:17 | 04-09-02 | SALE / REGULAR | 24.55- | .51 |
| APR02P | 9:34 | 05-06-02 | PERFORMANCE PAY | 24.20 | 24.71 |
| 000008 | 11:17 | 05-07-02 | SALE / REGULAR | 24.53- | .18 |
| T13832 | 15:02 | 05-20-02 | MONEY ORDER | 25.00 | 25.18 |
| 000006 | 10:48 | 05-21-02 | SALE / REGULAR | 25.15- | .03 |
| T14375 | 11:34 | 05-31-02 | MONEY ORDER | 60.00 | 60.03 |
| 4135C5 | 17:49 | 06-01-02 | DEPOSIT ITS FUNDS | 10.00- | 50.03 |
| 000003 | 10:48 | 06-04-02 | SALE / REGULAR | 44.70- | 5.33 |
| 41D8C4 | 17:33 | 06-09-02 | DEPOSIT ITS FUNDS | 5.00- | .33 |
| MAY02P | 8:47 | 06-10-02 | PERFORMANCE PAY | 24.20 | 24.53 |
| 000007 | 10:49 | 06-11-02 | SALE / REGULAR | 23.50- | 1.03 |
| JUN02P | 13:10 | 07-01-02 | PERFORMANCE PAY | 24.20 | 25.23 |
| 000086 | 18:23 | 07-10-02 | SALE / REGULAR | 23.20- | 2.03 |

# Inmate Statement

🖨 **PRINT**

| | |
|---|---|
| Inmate Reg #: | 18567037 |
| Inmate Name: | SIMPSON, ERNEST EDWARD |
| Report Date: | 12/18/2003 |
| Report Time: | 12:30:06 PM |

| | |
|---|---|
| Current Institution: | Allenwood FCI |
| Housing Unit: | UNH-4B |
| Living Quarters: | D08-226L |

| Alpha Code | Date/Time | Reference# | Payment# | Reciept# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALM | 8/5/2003 4:53:37 PM | | | | Conversion | $51.13 | | $51.13 |
| ALM | 8/8/2003 11:10:36 AM | 3JV00286 | | | Payroll - IPP | $54.00 | | $105.13 |
| ALM | 8/8/2003 11:10:36 AM | ALMD0008 - 40 | | | Debt Encumbrance | | $(10.80) | -------- |
| ALM | 8/9/2003 3:35:16 PM | ALMD0008 - 45 | | | Debt Encumbrance | | $(5.20) | -------- |
| ALM | 8/27/2003 5:36:15 PM | 59 | | | Sales | $(14.05) | | $91.08 |
| ALM | 9/1/2003 3:03:08 AM | ALMD0008 - 40 | | | Debt Encumbrance - Released | | $10.80 | -------- |
| ALM | 9/1/2003 3:03:08 AM | ALMD0008 - 45 | | | Debt Encumbrance - Released | | $5.20 | -------- |
| ALM | 9/1/2003 3:03:08 AM | ALMD0008 | M138 | | PLRA Payment | $(16.00) | | $75.08 |
| ALM | 9/5/2003 10:33:10 AM | 3JV00322 | | | Payroll - IPP | $54.00 | | $129.08 |
| ALM | 9/5/2003 10:33:10 AM | ALMD0008 - 94 | | | Debt Encumbrance | | $(10.80) | -------- |
| ALM | 9/6/2003 5:42:53 PM | ITS0906 | | | ITS Withdrawal | $(20.00) | | $109.08 |
| ALM | 9/10/2003 5:29:50 PM | 69 | | | Sales | $(23.70) | | $85.38 |
| ALM | 10/1/2003 3:03:26 AM | ALMD0008 - 94 | | | Debt Encumbrance - Released | | $10.80 | -------- |
| ALM | 10/1/2003 3:03:26 AM | ALMD0008 | 3002 | | PLRA Payment | $(10.80) | | $74.58 |
| ALM | 10/6/2003 10:09:43 AM | 3JV00320 | | | Payroll - IPP | $54.00 | | $128.58 |
| ALM | 10/6/2003 10:09:43 AM | ALMD0008 - 11 | | | Debt Encumbrance | | $(10.80) | -------- |
| ALM | 10/9/2003 5:08:33 PM | ITS1009 | | | ITS Withdrawal | $(20.00) | | $108.58 |
| ALM | 10/24/2003 6:19:17 PM | ITS1024 | | | ITS Withdrawal | $(57.00) | | $51.58 |
| ALM | 11/1/2003 3:03:26 AM | ALMD0008 - 11 | | | Debt Encumbrance - Released | | $10.80 | -------- |
| ALM | 11/1/2003 3:03:26 AM | ALMD0008 | 3223 | | PLRA Payment | $(10.80) | | $40.78 |
| ALM | 11/2/2003 4:56:50 PM | ITS1102 | | | ITS Withdrawal | $(20.00) | | $20.78 |
| ALM | 11/6/2003 9:00:22 AM | 4JV00011 | | | Payroll - IPP | $25.40 | | $46.18 |
| ALM | 11/6/2003 9:00:22 AM | ALMD0008 - 45 | | | Debt Encumbrance | | $(5.08) | -------- |
| ALM | 11/7/2003 2:47:01 PM | 2133 | | 92324 | Local Collections | $200.00 | | $246.18 |
| ALM | 11/7/2003 2:47:01 PM | ALMD0008 - 49 | | | Debt Encumbrance | | $(40.00) | -------- |

| Alpha Code | Date | Doc | Ref | Description | Amount | Encumbrance | Balance |
|---|---|---|---|---|---|---|---|
| ALM | 11/7/2003 6:25:17 PM | ITS1107 | | ITS Withdrawal | $(200.00) | | $46.18 |
| ALM | 11/20/2003 3:08:39 PM | 2897 | 90818 | Local Collections | $150.00 | | $196.18 |
| ALM | 11/20/2003 3:08:39 PM | ALMD0008 - 65 | | Debt Encumbrance | | $(30.00) | -------- |
| ALM | 11/25/2003 1:53:27 PM | 91 | | Sales | $(10.50) | | $185.68 |
| ALM | 12/1/2003 3:03:12 AM | ALMD0008 - 49 | | Debt Encumbrance - Released | | $40.00 | -------- |
| ALM | 12/1/2003 3:03:12 AM | ALMD0008 - 65 | | Debt Encumbrance - Released | | $30.00 | -------- |
| ALM | 12/1/2003 3:03:12 AM | ALMD0008 - 45 | | Debt Encumbrance - Released | | $5.08 | -------- |
| ALM | 12/1/2003 3:03:12 AM | ALMD0008 | 3416 | PLRA Payment | $(75.08) | | $110.60 |
| ALM | 12/5/2003 5:23:46 PM | ITS1205 | | ITS Withdrawal | $(75.00) | | $35.60 |
| ALM | 12/8/2003 9:22:47 AM | 4JV00029 | | Payroll - IPP | $25.40 | | $61.00 |
| ALM | 12/8/2003 9:22:47 AM | ALMD0008 - 87 | | Debt Encumbrance | | $(5.08) | -------- |

Total Transactions:  36

Totals:    61.00    (5.08)

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| ALM | $55.92 | $0.00 | $5.08 | $0.00 | $0.00 | $0.00 | $0.00 | $61.00 |
| Totals: | $55.92 | $0.00 | $5.08 | $0.00 | $0.00 | $0.00 | $0.00 | $61.00 |