**Copy of Regional Director's Response as Exhibit 13**

SIMPSON, Ernest Edward
Reg. No. 18567-037
Appeal No. 320229-R3
Page One

## Part B - Response

You appeal the November 20, 2003, decision of the Discipline Hearing Officer (DHO) at FCI Allenwood, finding you committed the prohibited act of Receiving Money for a Prohibited Purpose, Code 217, Incident Report No. 1161850. You contend there is insufficient evidence to support the charge. You state you were denied a staff representative, the UDC and DHO did not provide a meaningful explanation of their findings, and your sanctions are not proportionate to the severity level of the offense.

A review of the record reveals there are some questions concerning the specific evidence relied upon to find you committed the prohibited act. Accordingly, this disciplinary action is being remanded for further investigation. You will be advised of further proceedings. Following the result of these further proceedings, you may appeal again to this office if you desire. To this extent, your appeal is granted.

Date: February 19, 2004

D. SCOTT DODRILL
Regional Director