**Copy of Regional Director's Memorandum as Exhibit 14**

U.S. Department of Justice

Federal Bureau of Prisons

*Northeast Regional Office*

---

U.S. Custom House
2nd & Chestnut Streets
Philadelphia, PA. 19106

February 19, 2004

MEMORANDUM FOR   S. A. YATES, WARDEN
                FCI ALLENWOOD

FROM:           D. Scott Dodrill, Regional Director

SUBJECT:        Administrative Appeal of Ernest Edward Simpson
                Register No. 18567-037, Appeal No. 320229-R3

Attached is our response to the administrative remedy appeal referenced above. Inmate Simpson appealed the November 20, 2003 decision of the DHO, finding he committed the prohibited act of Accepting Money for a Prohibited Purpose, Code 217. Inmate Simpson claims he did not instruct the other inmate to send him any money and he had no knowledge of where the money came from.

Upon review, some concerns are noted. Section 11 of the Incident Report indicates the female who sent the money order to inmate Simpson was an associate of another inmate housed at FCI Allenwood. However, there is no established connection between this female and inmate Simpson. He did receive a money order from this female, but he claims he does not know her and did not ask her to send the money. The other inmate involved in this incident stated at his DHO hearing that inmate Simpson did not know the money was being sent. Code 217 requires a finding that the money was received "for purposes of introducing contraband or any other illegal or prohibited purposes." While it appears that money was sent to inmate Simpson from another inmate, the record does not contain evidence that inmate Simpson was aware of this transaction prior to its occurrence.

This disciplinary action is being remanded for further review. Absent evidence to support a Code 217 charge, the incident report must be expunged. In the alternative, the DHO may consider the lesser charge of accepting money from another person without authorization. The inmate admits keeping the money although, he

was not sure of its origin. At best, he had an obligation to advise staff of the money order and seek guidance regarding what to do. If a lesser charge is considered, a new DHO hearing must be held. The reprocessing of this disciplinary action should not exceed twenty days from the date of this memorandum.

If there are any questions regarding this decision, please contact Joyce Horikawa, Senior Litigation Counsel, at 215 521-7378. Thank you for your attention to this matter.

cc: K. Bittenbender, DHO, FCI Allenwood ✓