Copy of Regional Director's Response as Exhibit 16

SIMPSON, Ernest
Reg. No. 18567-037
Appeal No. 329151-R1
Page One

---

### Part B - Response

You appeal the March 4, 2004, decision of the Discipline Hearing Officer (DHO) at FCI Allenwood, finding you committed the prohibited act of Conduct Which Disrupts (receiving money for a prohibited purpose), Code 299, Incident Report No. 1161850. You contend there is insufficient evidence to support the charge. You also state the sanctions are disproportionate to the offense. You claim you were denied due process and seek to have the incident report expunged.

During the review of this disciplinary action, we determined that the DHO has ordered a rehearing of this disciplinary action. You will be advised of the time and date of the rehearing. Upon written receipt of the DHO's decision and disposition, you may appeal again to this office if you desire. To the extent that you will receive a rehearing, your appeal is partially granted.

If you are dissatisfied with this response, you may appeal to the General Counsel, Federal Bureau of Prisons. Your appeal must be received in the Administrative Remedy Section, Office of General Counsel, Federal Bureau of Prisons, 320 First Street, N.W., Washington, D.C. 20534, within 30 calendar days of the date of this response.

Date: April 23, 2004                    D. SCOTT DODRILL
                                        Regional Director