**Copy of General Counsel's Office Response as Exhibit 17**

Administrative Remedy No. 329151-A1
Part B - Response

You appeal the March 4, 2004, rehearing decision of the Discipline Hearing Officer (DHO) in which you were found to have committed the prohibited act of Conduct which Disrupts (receiving money for a prohibited purpose) in violation of Code 299 (Incident Report No. 1161850).

On April 23, 2004, the Regional Director advised you that the DHO has ordered a rehearing of this disciplinary action. As previously noted, upon written receipt of the DHO's decision and disposition, you must reinstate any appeal with the Regional Director. Should you be dissatisfied with the Regional Director's response, you may then appeal to this office.

This response is provided for informational purposes only.

_May 19, 2004_
Date

_Harrell Watts, Administrator_
National Inmate Appeals