Copy of District Court's Order as Exhibit 18

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ERNEST SIMPSON,              :
                             :
         Plaintiff,          :
                             :   CIVIL NO. 3:CV-02-2313
    v.                       :
                             :   (CHIEF JUDGE VANASKIE)
FEDERAL BUREAU OF PRISONS,   :
ET AL.,                      :
                             :
         Defendants.         :

## ORDER

NOW, THIS 17th DAY OF FEBRUARY, 2004 for the reasons set forth in the foregoing Memorandum, **IT IS HEREBY ORDERED THAT:**

1. Simpson's Motion for a Continuance Pursuant to Fed. R. Civ. P. 56(f) (Dkt. Entry 21) is **GRANTED.**

2. Defendants' Motion for a Protective Order (Dkt. Entry 22) is **DENIED.**

3. Defendants' shall respond to Plaintiff's First Request for Production of Documents within thirty (30) days from the date of this Order.

4. Defendants' Motion for Summary Judgment (Dkt. Entry 14) is **DISMISSED WITHOUT PREJUDICE.**

5. The Federal Bureau of Prisons and the individuals named as Defendants in this action (Szculanzcyk, Robert Migliorino, Robert

        Manenkoff, George Chistakoff, Jill Gerst and W. Rehm) are **DISMISSED** The only remaining Defendant is the Unites States of America.

6.     The United States shall answer the complaint within twenty (20) days from the date of this Order.

7.     All discovery in this matter shall be commenced in time to be completed no later than July 30, 2004.

8.     Dispositive motions, if any, shall be filed no later than August 31, 2004.

                          **s/ Thomas I. Vanaskie**
                          Thomas I. Vanaskie, Chief Judge
                          Middle District of Pennsylvania

TIV:pdt