UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERNEST SIMPSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) Civil Action No. 06-1090 (CKK) <br> ) <br> FEDERAL BUREAU OF PRISONS, *et al.*, ) <br> ) <br> Defendants. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendants' motion to dismiss [Dkt. #21] and plaintiff's motion in limine [Dkt. #23] are DENIED WITHOUT PREJUDICE. It is further

ORDERED that this civil action shall be TRANSFERRED to the United States District Court for the Middle District of Pennsylvania.

SO ORDERED.

 /s/
 COLLEEN KOLLAR KOTELLY
Date: August 2, 2007 United States District Judge